**(/learn-explore/library-events)** |
**Account**
:tps://halan.sdp.sirsi.net/client/hou/search/patronlogin/https:$002f$002fhalan.sdp.sirsi.net$002fclient$002fhou$0
**k (/learn-explore/ask)** | **Locations & Hours (/find-it/find-library-location)**





**Houston Public Library**

Linking YOU to The World

(/)

Search Our Catalog

Search Our Website

find books, ebooks, videos & more

Home (/) > LEARN & EXPLORE > Library Events (/learn-explore/library-events) > Drag Queen Storyti

**+ Add This (https://www.addtoany.com/share#url=http%3A%2F%2Fhoustonlibrary.c
explore%2Flibrary-events%2Fdrag-queen-storytime-
7&title=Drag%20Queen%20Storytime%20%7C%20Houston%20Public%20Library)**

# Drag Queen Storytime

**Library:** Freed-Montrose Neighborhood Library (/location/freed-montrose-neighborhood-l

**Date:** 8/25/2018, 9/29/2018, 10/27/2018, 12/29/2018

**Room:** Freed-Montrose Library Meeting Room

**Time:** 2:00PM - 2:45PM

**Type:** Featured Event, Storytimes

**Age Group:** appropriate for all ages
**Share this:** (http://tape/book.com/houstonlibrary)

Break out the dress up chest and let your imagination run wild as you join the Houston Publi
for storytime. These vibrant Queens will help to instill a sense of love and acceptance in our
to be true to themselves.

 (http://www.houstontx.gov/)                    (/)

Tracy Shannon – statement

In 2008, I filed for a divorce from my husband of 14 years in the state of Ohio where I was residing while selling my home there. My husband was living in TX because he took a job in Houston. He had begun an affair centered around his desire to cross-dressing. Over time the woman (possibly a biological man) convinced him to let her help him transition to female. I found out about the affair and cross-dressing via shared bank account and credit cards attached to that account as well as a shared email account. I had suspected something was wrong when he stopped visiting me and the kids and he called less frequently and was not on the phone long when we talked.

Once he found out about my filing he tried to stop it. He filed a motion to move the divorce to TX, it was denied. He wanted to get out of spousal support which is for life or until remarriage in OH. Child support is much more generous in Ohio as well. So, naturally he wanted it moved to TX. When this didn't work he implored me to stop the divorce, started attending church with me and the kids and cut his hair he was growing out and took out his earrings that he had recently pierced. Our house in OH sold and he promised to be the man God intended to him to be. So, I dropped the divorce and moved back to Texas with him only to find he continued his affair and was planning to transition and he still had a motion for divorce on file in TX. I also found out he was spending time at the transgender center in Houston making many new friends and getting legal advice as well as support in how to transition.

Once he was ordered to pay temporary child-support and temporary spousal support in TX he was very angry with his lawyer, so he sought out a law firm specializing in transgender law. Their hope was to bring evidence that a parent exposing a child to his transition and raising a child while being transgender was not harmful. Their expert witness was not allowed to give testimony at our trial, however, several people who never witnessed my kids with me and barely ever saw him with them did testify on his behalf.

During the week-long divorce proceeding, his attorneys continuously pushed for myself and others to use feminine pronouns to refer to my soon to be ex-husband. This just ran up the bill fighting this issue on a daily basis. Additionally, there was debate as to whether my divorce decree would say I was divorcing a man or even state the name which was on my marriage certificate. I was additionally questioned about my conservative beliefs, involvement in Tea Party, and my Christianity. The idea was floated that I may not be able to co-parent with a transgender parent because of my Christian beliefs.

After hearing all the witnesses (which he had far more than I did due to his lawyers running the clock out and my witnesses needing to go back to work and families) he was awarded joint-custody of our three children ages (5, 6, and 11) with extended visitation. This is effectively 52%/48% split time for the kids to be with each parent. I had primary custody, that meant I had them a little bit more than he did. I was enjoined from homeschooling as an added bonus for him. I had been homeschooling about 5 years.

It was shocking to me that after the court heard that he had planned to put our children on a Gay Pride Parade float with transgendered people and after the kids had been exposed to sexual content and sex

toys at his house that he would be essentially on the same ground as me when it came to raising our children. He had been taking them to an LGBT affirming church in Houston. In fact, the lesbian pastor of that church was present at our divorce hearing all week. The kid's court appointed children's therapist had shared with the judge that the transition of their dad has been especially difficult on my oldest son and that he should not be forced to have visits with him dressed as a woman. However, the judge said their dad would be living as a woman and the kids needed to start seeing him that way as soon as the counselor held a session with the kids and their dad about it. So, he immediately went about presenting as female to the kids. This was very devastating to my boys who did not want to go with their dad when he was appearing this way at first. Eventually, the kids accepted they had to go or it would cause problems with me and their dad and potentially get me in trouble with the courts and my oldest son did understand I did not need that expense.

Not long after the divorce was finalized my ex moved his girlfriend (FTM) into his house full time. This was in violation of our court order which includes a morality clause prohibiting overnight stays by a person with whom there is a romantic or sexual involvement. There were many issues, such as neglect and abuse that took place at the hands of my ex or his lover. The children told their therapist who never reported anything to CPS. I did not report to CPS b/c of fear of another costly custody battle and I did not want to be accused of making allegations to interfere with custody arrangements. So, I kept taking notes. I waited. We had many incidents of the children being exposed to inappropriate things like the two of them having sex. They would let the kids sleep in bed with them, which was entirely inappropriate. My ex's lover had a double mastectomy as part of her transition to male and she walked around the house in front of my kids with her shirt off showing her scarred breasts as they healed. They saw books about Trans-Sex, magazines and flyers about all matters of LGBT subjects that were about the house. The kids would come home from their dad's house disheveled looking, dirty and with cat poop and cat and dog hair on their clothes and in their suitcases. Sometimes I would find a large pair of women's panties in their bag or some women's clothes belonging to my ex in their bags.

The FTM partner my ex was with for a couple of years after our divorce pressured my oldest son to join a club at school for gay allies and to wear a bracelet that was for LGBT pride. My son refused to do either. He was questioned repeatedly by his father and his father's partner about his sexuality which was very distressing to him.

The kids were told after our divorce not to call their father "dad" anymore. A new name was decided upon at the counselor's office which the children very quickly abandoned in favor of calling him by the nickname he has gone by his entire life and just happens to be gender neutral. They decided they would call him dad at home and not in public as to not "out" him. For a time, the kids were threatened to be spanked if they did not use the correct name or pronouns when referring to their father. The kids do not like having to cover for their father but they also do not want to cause a situation that may endanger their father. Their dad has led people to believe he is the mother and I am his lesbian ex-wife. It would create confusion when I would show up to an activity and he had already been there introducing himself as the children's mother.

My kids were not doing well in school because of the crazy atmosphere that they were exposed to a good part of every week. So, I had my lawyer send just a letter to remind my ex that his lover cannot stay the night at the house. This prompted from him and his activist lawyer a lawsuit to get full custody of all 3 of my children who were now 7, 8 and 13. I took the additional measure of having my children evaluated for learning disabilities and emotional issues around this time. I wanted to know if they did have ADHD or some other reason that they were suffering in school. I felt the back and forth and lack of structure at their dad's house as well as emotional issues may be why they didn't do well in school. The public school system was not able to help right away so I paid out of pocket for their testing at a psychologist. For this I was threatened with contempt of court, the judge did not find I was in contempt.

While we were in the midst of this second lawsuit over the custody of the kids, everyone involved began to see how mentally ill my ex really is. They saw how he lied and was really not good at it. They saw he allowed his lover to physically and mentally abuse our children and didn't make her move out. They saw that he kept an abusive person who threatened to kill him and his children around. The kid's therapist also was made aware of the threats to the kids and the kids had let her know on many occasions they were scared of their dad's lover. She did nothing. However, when she was deposed by my attorney she finally admitted that she was going to call CPS a few times on my ex but she figured that Harris County would not do anything about it. I really felt all along that being a therapist for the family courts she would not say anything about a transgender parent because it might hurt her career. She finally did say in our deposition that she did feel their dad's transition and lifestyle has been harmful to the children. One of my conditions of settling was to get a new therapist that was closer to where I lived, selected by me and who did not work for the family court system simply because of convenience and scheduling. The ex's attorney asked for my entire medical history. They were going to make the case that because I was now pregnant with my 4th child that I should not have custody due to having post-partum depression in the past. So, we requested his medical records. He was on psychotropic medications and his medical records showed that his doctor had made up a complete fantasy when detailing his medical history. It said he had a hysterectomy and had a vaginal discharge. This was a doctor that was in the transgender community's network.

We finally settled the second suit making me sole managing conservator of the children and limiting his time with the children somewhat. My attorney and legal fees were close to 100K combined for both of these suits. An injunction was put in place to keep the FTM lover that had threatened to kill my kids away from them. His attorney fees were covered by activist attorneys.

As for my children and the impact all of this has had on them. My oldest is now 20 years old. When he was 12 he tried to run in front of a truck to kill himself because he was so heartbroken over what his dad was doing. They no longer have a relationship at all and that is mutual. Neither wants a relationship. My son will be a father in May and he does not want his own child exposed to all he was exposed to. There were many hard years for my oldest son as he went through adolescence without a father figure. At age 12 my son threated suicide if his dad would not stop this. His dad would show up dressed as a woman to his baseball games and it was embarrassing to him. He was harassed by kids because his dad looked like a woman. My son suffered with suicidal ideation, depression and anger issues as a result of his dad's transition. He began pleasure seeking at age 12 by looking at pornography and became

addicted to porn. After many years of consoling my son at night because he was crying or needed to talk I had thought he was finally alright but he was only masking his pain.

My middle son has suffered with suicidal ideation as well and was in a mental hospital for 11 days due to a threat to self-harm. Because he was young when his dad transitioned he didn't have all the experiences with his dad that my oldest had. He just feels short-changed because other dads are doing things with their sons and he is not. He is also embarrassed that his dad presents as a female and he had held out hope for many years that his dad would switch back and come back to our family. My middle son has continued to have problems with school, mood and temper since his dad transitioned.

My daughter has suffered with manifestations of OCD such as trichotillomania leaving her with no eyelashes at times. She no longer wants a relationship with her father due to his new love interest with whom he is in a gay marriage being verbally abusive to her.

While I was married to my ex there were a few times that I caught him cross-dressing or more specifically found out about it by finding clues and confronting him over it. We went to see several counselors over the years and he saw some by himself to help him overcome his cross-dressing….or so I thought.

One therapist we saw together had seen him before without me. I was not aware of that when I went to the office. I thought we were there to discuss how hurtful this cross-dressing was for me and how we could help him to stop. Instead, I was told by the counselor that I was closed-minded and that I must be a lesbian since I was attracted to my husband and he has this feminine side to him. I informed my husband and the therapist I was not going to be coming back and if he did it would mean a divorce. I would not know that from that time we saw her in 1998 on he had been seeing her without me. She wrote him a letter for sex change and that allowed him to begin sex change hormone therapy behind my back while we were married. He would be on these drugs for over 10 years before I found out about it. He apparently had not taken them daily or he would have had developed full breasts. Instead, he was impotent and had tiny breast buds that he would hide under a t-shirt if we went swimming. The breast buds were a turn off to me, but I felt sorry for him because he told me a therapist he saw prescribed OCD medication to help him stop the cross-dressing and that is why those developed. He even sent me articles to support that theory. I am still stunned that a therapist who knows a man is married would write a letter for transition. I am also amazed that doctors proceed with this line of treatment without notification of the spouse. Some doctors require notification and consent for a vasectomy.

I had no idea that he had a secret post office box and credit cards that he used to order women's clothes and plan his nights out with other cross-dressed men. I would find that out at the end of our marriage.

While I didn't know all of his secrets, I knew something was wrong with regards to him cross-dressing from time to time. When I was pregnant with our last child he fashioned himself a pregnancy belly complete with breasts. He wore this around the house insisting it was to have empathy for me. I finally told him that I was not that heavily pregnant as he was pretending to be and that the whole thing made me feel sick. He refused to get rid of it. One morning I found my son who was just 5 with a pair of his

scissors cutting the fake pregnancy belly and water balloons up. I was not even aware how much this pretending was hurting my son until he did this.

After the birth of my daughter, my then husband started telling me he could help feed the baby. I told him he could not because she would not take a bottle at all. He insisted he could feed her. He sent me an article from a magazine that said men could breastfeed babies. I let him know we would be getting a divorce if that ever took place and to never mention it again.

I was unaware of any cross-dressing taking place for at least a few years. He must have gotten better at hiding it. I really was not aware how all of his cross-dressing affected me all those years until I got away from him. I finally realized how much I was cheated out of a husband that was intimate and empathetic. His obsession with femininity did not make him more empathetic towards me it was the opposite. He was in bondage to his fantasy and couldn't tend to being a father and husband. I didn't wear anything or do my makeup or hair in a way that I thought might make him envious. I looked every bit of a housewife and I had been a model and athlete when I met him and was at one time very proud of how I took care of my body and my appearance.

When I finally did discover his emails that revealed the affair and his years of secrets it was heartbreaking to know how little he cared for me or the children. His new lover had offered to kill me several times in their exchanges. One would think this would be an instant turn off. Instead, he continued to see her and just laughed off the suggestion that this person take care of me so I won't be a problem anymore. Due to this potential threat I took the kids to a hotel for a weekend until the dust settled and my husband was served divorce papers.

In reading all the email and chat exchanges between my husband and his mistress, it was obvious to me that this issue was not one of just gender confusion but very much about a sexual fantasy he had. I had so often heard it is not about sex, but it is very much about sex. His email exchanges were very explicit and confirmed my belief that his gender confusion was at least accompanied by a sexual fantasy component.

The past 10 years I have read and researched all I could about transgenderism. I have emailed and chatted with many women affected by this issue, usually wives or mothers of men transitioning. I have found that it often happens the way it happened to my ex, they go to therapy to stop the feelings and are told they will end up dead if they do not transition. There is not a real attempt to get down to the underlying psychological issues that may have emotionally injured the individual making them have disdain for their own gender. Usually, some kind of sexual abuse has happened, but when that is not the case it is something that changed their perspective as a child. It can be something as innocent as a parent sharing that they were expecting to have a baby of the opposite sex or even that their siblings or playmates dressed them up and they received special treatment while dressed up. Maybe they felt their opposite sexed siblings or classmates got more attention or affection that planted the seed. One thing I found is that a person who is conflicted can learn exactly what to say to get what they want from the doctors and therapists. The patients are running the asylum.

For my ex I know he was dressed up by his cousins and he felt very included at that time. He did not feel accepted by his mother and she was a rabid feminist that shared negative views about men and favored her daughter over her sons. His mother told the kids that she was raped by the father and that is why she married him. Not only do I believe this is either a lie from my ex or a lie from his mom, but it sounds like a really bad reason to get married. Perhaps for him some or all of those things played a role. I am unaware of any sexual abuse in his family. He was very adept at playing the victim and I believe he would have told me.

When it comes to playing the victim my ex deserves and Oscar. He has blamed his transition on me. It is apparently my fault, he told the kids, because I did not give him another chance. If only I gave him another chance. He also told his lawyer that the reason he was abused in his relationship he was in after our divorce is because I was abusive to him in our marriage. He kept his lover around even though she threatened to kill the kids. He left his kids and wife homeless while he pursued his dream to be a woman and he sees himself as the victim. He is now in a relationship again with a person who he is afraid of and the kids say is abusive to him and my daughter. The first person he lived with after our divorce drank a lot and was abusive. The person he is with now drinks a lot and is abusive. I have learned that the transgender community suffers a high rate of alcoholism and domestic violence at rates much higher than the general population. Naturally, the LGBT community and allies accuse those who do not agree wholesale with their lifestyle for being the cause of the dreadful statistics such as the high suicide rate among transgender people. But that makes no sense seeing as how the Jewish people are among the most persecuted people in history and they didn't experience as high a rate of suicide as transgender suffer today.

Fortunately, my kids are not confused about their gender or sexuality. But it is worth noting that there is a new phenomenon called "rapid onset gender dysphoria" which happens to children when they are being exposed to one or more peers who are experiencing gender dysphoria. One can easily conclude that the same thing can happen to young children who are exposed to this ideology at a young age. In fact, last year there was a gender reveal at a school in California. One child went home crying due to being afraid of changing genders. There is another study out in the past year that pointed to increase in teen suicidal ideation and depression and anxiety due to the introduction of gender bending ideology being presented in the schools. There is a young boy, Desmond is Amazing, whose mom started him in drag when he was two years old because she enjoyed watching drag shows on TV. Now this young boy is confused and is an activist for LGBT. Young children don't pursue drag, drag is pursuing them.

# ALA Policy Manual Section B: Positions and Public Policy Statements

Revised by the ALA Council, Monday, June 25, 2012, Anaheim, CA

Revised by the ALA Council, Monday, January 27, 2013

# ALA Policy Manual
## Section B: Positions and Public Policy Statements

## Table of Contents

ALA Policy Manual Section B: Positions and Public Policy Statements .................................................. 1

B.1. Core Values, Ethics, and Core Competencies (Old Number 40) ..................................................... 5

B.1.1 Core Values of Librarianship (Old Number 40.1) .................................................................. 5

B.1.2 Code of Professional Ethics for Librarians (Old Number 40.2) ............................................ 5

B.1.3 Core Competencies of Librarianship (Old Number 40.3) ...................................................... 6

B.1.4 Copyright: An Interpretation of the Code of Professional Ethics for Librarians (NEW) ........... 9

B.2. Intellectual Freedom (Old Number 53) ...................................................................................... 9

B.2.1 Library Bill of Rights (Old Number 53.1) .............................................................................. 9

B.2.2 Freedom to View (Old Number 53.2) .................................................................................. 18

B.2.3 Freedom to Read (Old Number 53.3) .................................................................................. 18

B.2.4 Governmental Intimidation (Old Number 53.4) .................................................................. 19

B.2.5 Support of Academic Freedom (Old Number 53.5) .............................................................. 19

B.2.6 Shield Laws (Old Number 53.6) .......................................................................................... 19

B.2.7 Loyalty Oaths (Old Number 53.7) ....................................................................................... 19

B.2.8 Destruction of Libraries (Old Number 53.8) ....................................................................... 19

B.2.9 Libraries: An American Value (Old Number 53.9) ............................................................... 19

B.2.10 Violence in the Media: A Joint Statement (Old Number 53.10) ......................................... 20

B.2.11 Radio Frequency Identification (RFID) Technology and Privacy Principles (Old Number 53.11) ........................................................................................................................................ 20

B.2.12 Threats to Library Materials Related to Sex, Gender Identity, or Sexual Orientation (Old Number 53.12) ......................................................................................................................... 21

B.3. Diversity (Old Number 60) ........................................................................................................ 21

B.3.1 Policy Objectives (Old Number 60.1) .................................................................................. 21

B.3.2 Combating Racism (Old Number 60.2) ................................................................................ 22

B.3.3 Combating Prejudice, Stereotyping, and Discrimination (Old Number 60.3) ...................... 22

B.3.4 Native American Themes (Old Number 59.3) ...................................................................... 23

B.3.5 Goals for Inclusive and Culturally Competent Library and Information Services (Old Number 60.4) ........................................................................................................................... 23

B.3.6 Library and Information Studies Education to Meet the Needs of a Diverse Society (Old Number 60.5) ........................................................................................................................... 24

B.3.7 Recruitment and Retention of Diverse Personnel (Old Number 60.6) ................................ 24

B.3.8 Leadership Development and Advancement (Old Number 60.7) ......................................... 24

B.4. Equity and Access (Old Number 50—part of) ............................................................................ 25

B.4.1 Equal Rights Amendment Legislation (Old Number 50.2) ................................................... 25

B.4.2 Free Access to Information (Old Number 50.3) ................................................................... 25

B.4.3 Bibliographic Data Bases (Old Number 50.4) ..................................................................... 25

B.4.4 Funding for Community Access Cable Programming (Old Number 50.5) .............................. 25

B.4.5 Trade Publishers Discounts (Old Number 50.14) ...................................................... 26
B.4.6 Electronic Environment (Old Number 50.15) ........................................................... 26
B.5. Libraries and the Public Good (Old Number 50—part of)........................................... 28
B.5.1 Nominations to the Posts of Librarian of Congress and of Archivist of the United
States (Old Number 50.7) ........................................................................................ 28
B.5.2 Financing of Libraries (Old Number 50.8).............................................................. 28
B.5.3 Disarmament and Conflict Solving Information in Libraries (Old Number 50.10) ................. 28
B.5.4 Nuclear Freeze, the Arms Race and National Security (Old Number 50.11).......................... 28
B.5.5 Environmental Issues (Old Number 50.12)............................................................. 29
B.5.6 Federal Legislative Policy (Old Number 51)............................................................ 29
B.6. International Relations (Old Number 58) ...................................................................... 31
B.6.1 Policy Objectives (Old Number 58.1)...................................................................... 31
B.6.2 Human Rights and Freedom of Expression (Old Number 58.4.1 for heading)...................... 31
B.6.2.3 ALA and IFLA (Old Number 58.4.1—for policy language)) ...................................... 32
B.6.3 Selection of Consultants to Serve Abroad (Old Number 58.2)................................... 32
B.6.4 Rights of Librarians and Library Workers to Travel (Old Number 58.5) ...................... 32
B.7. Library Education (Old Number 56)............................................................................. 33
B.7.1 Graduate Programs in Library and Information Studies (Old Number 56.1) ................... 33
B.7.2 Affirmative Action (Old Number 56.2) .................................................................... 33
B.7.3 Continuing Education (Old Number 56.3) ............................................................... 33
B.7.4 Standards of Accreditation in Library Education: Appeals Procedure (Old Number
55.4) .......................................................................................................................... 34
B.8. Services and Responsibilities of Libraries (Old Number 52)......................................... 34
B.8.1 Literacy (Old Number 50.6) .................................................................................... 34
B.8.2 Service to Detention Facilities and Jails (Old Number 52.1) ..................................... 34
B.8.3 Preservation (Old Number 52.2)............................................................................. 34
B.8.4 School Library Media Programs (Old Number 52.2.3) .............................................. 37
B.8.5 Confidentiality of Library Records (Old Number 52.4) ............................................. 37
B.8.6 Library Services for Youth (Old Number 52.5).......................................................... 39
B.8.7 Instruction in the Use of Libraries (Old Number 52.6) ............................................. 39
B.8.8 Privatization of Publicly Funded Libraries (Old Number 52.7) .................................. 40
B.8.9 Disinformation, Media Manipulation and the Destruction of Public Information (Old
Number 52.8)............................................................................................................. 40
B.8.10 Library Services to the Poor (Old Number 61)........................................................ 40
B.8.11 The Role of Libraries in Providing E-Government and Emergency Services (Old
Number 50.16)............................................................................................................ 41
B.9 Library Personnel Practices (Old Number 54) ............................................................. 42
B.9.1 Library and Information Studies and Human Resource Utilization: A Statement of
Policy (Old Number 54.1)........................................................................................... 42
B.9.2 Librarians: Appropriate Degrees (Old Number 54.2) .............................................. 42
B.9.3 Equal Employment Opportunity (Old Number 54.3)................................................ 43
B.9.4 Comparable Rewards (Old Number 54.4) ............................................................... 46
B.9.5 Faculty Status of College and University Librarians (Old Number 54.5) .................... 46
B.9.6 Security of Employment for Library Employees (Old Number 54.6)........................... 46

B.9.7 Inclusiveness and Mutual Respect (Old Number 54.7) ......................................................... 47

B.9.8  The Library's Pay Plan (Old Number 54.8) ..................................................................... 47

B.9.9 Permanent Part-Time Employment (Old Number 54.9) ..................................................... 47

B.9.10 Equal Opportunity and Salaries (Old Number 54.10) ......................................................... 47

B.9.11 Collective Bargaining (Old Number 54.11) ..................................................................... 48

B.9.12 Residency and Citizenship Requirements (Old Number 54.12) ........................................... 48

B.9.13 Drug Testing (Old Number 54.13) ................................................................................. 48

B.9.14 Information and Referral Services (Old Number 54.14) ...................................................... 48

B.9.15 Institutional Support of ALA Members to Attend ALA Conferences (Old Number 54.15) ................................................................................................................................. 48

B.9.16 Gay, Lesbian, Bisexual, and Transgender Rights (Old Number 54.16) .................................. 48

B.9.17 Advertising Salary Ranges (Old Number 54.17) ............................................................... 48

B.9.18 Reproduction of Noncommercial Educational and Scholarly Journals (Old Number 54.18) ................................................................................................................................. 49

B.9.19 AIDS Screening (Old Number 54.19) .............................................................................. 49

B.9.20 Comprehensive Health Care (Old Number 54.20) ............................................................ 49

B.9.21 Workplace Speech (Old Number 54.21) ......................................................................... 49

B.10 Research and Statistics (Old Number 57) ......................................................................... 50

B.11 Public Relations (Old Number 59) ................................................................................... 50

B.11.1 Policy Objectives (Old Number 59.1) ............................................................................. 50

B.11.2 Public Information Office Responsibility (Old Number 59.2) ............................................... 51

B.11.3 National Library Symbol (Old Number 50.13) .................................................................. 51

## B.1. Core Values, Ethics, and Core Competencies (Old Number 40)

### B.1.1 Core Values of Librarianship (Old Number 40.1)
The foundation of modern librarianship rests on an essential set of core values which define, inform, and guide all professional practice. These values reflect the history and ongoing development of the profession and have been advanced, expanded, and refined by numerous policy statements of the American Library Association. Among these are:

- Access
- Confidentiality/Privacy
- Democracy
- Diversity
- Education and Lifelong Learning
- Intellectual Freedom
- Preservation
- The Public Good
- Professionalism
- Service
- Social Responsibility

It would be difficult, if not impossible, to express our values more eloquently than ALA already has in the Freedom to Read statement, the Library Bill of Rights, the ALA Mission Statement, Libraries: an American Value and other documents. These policies have been carefully thought out, articulated, debated, and approved by the ALA Council. They are interpreted, revised, or expanded when necessary. Over time, the values embodied in these statements have been embraced by the majority of librarians as the foundations of their practice. Adopted, 2004.

(See "Policy Reference File": Core Values Task Force II Report: 2003-04, CD #7.2 - PDF, 5 pgs)

### B.1.2 Code of Professional Ethics for Librarians (Old Number 40.2)
As members of the American Library Association, we recognize the importance of codifying and making known to the profession and to the general public the ethical principles that guide the work of librarians, other professionals providing information services, library trustees, and library staffs.

Ethical dilemmas occur when values are in conflict. The American Library Association Code of Ethics states the values to which we are committed, and embodies the ethical responsibilities of the profession in this changing information environment.

We significantly influence or control the selection, organization, preservation, and dissemination of information. In a political system grounded in an informed citizenry, we are members of a profession explicitly committed to intellectual freedom and the freedom of access to information. We have a special obligation to ensure the free flow of information and ideas to present and future generations.

The principles of this Code are expressed in broad statements to guide ethical decision making. These statements provide a framework; they cannot and do not dictate conduct to cover particular situations.

1. We provide the highest level of service to all library users through appropriate and usefully organized resources; equitable service policies; equitable access; and accurate, unbiased, and courteous responses to all requests.
2. We uphold the principles of intellectual freedom and resist all efforts to censor library resources.
3. We protect each library user's right to privacy and confidentiality with respect to information sought or received and resources consulted, borrowed, acquired or transmitted.
4. We respect intellectual property rights and advocate balance between the interests of information users and rights holders.
5. We treat co-workers and other colleagues with respect, fairness, and good faith, and advocate conditions of employment that safeguard the rights and welfare of all employees of our institutions.
6. We do not advance private interests at the expense of library users, colleagues, or our employing institutions.
7. We distinguish between our personal convictions and professional duties and do not allow our personal beliefs to interfere with fair representation of the aims of our institutions or the provision of access to their information resources.
8. We strive for excellence in the profession by maintaining and enhancing our own knowledge and skills, by encouraging the professional development of co-workers, and by fostering the aspirations of potential members of the profession.

Adopted at the 1939 Midwinter Meeting by the ALA Council; amended June 30, 1981; June 28, 1995; and January 22, 2008

### B.1.3 Core Competencies of Librarianship (Old Number 40.3)

This document defines the basic knowledge to be possessed by all persons graduating from an ALA-accredited master's program in library and information studies.  Librarians working in school, academic, public, special, and governmental libraries and in other contexts will need to possess specialized knowledge beyond that specified here.

CONTENTS:
1. Foundations of the Profession
2. Information Resources
3. Organization of Recorded Knowledge and Information
4. Technological Knowledge and Skills
5. Reference and User Services
6. Research
7. Continuing Education and Lifelong Learning

8. Administration and Management

A person graduating from an ALA-accredited master's program in library and information studies should know and, where appropriate, be able to employ:

1. Foundations of the Profession
   a. The ethics, values, and foundational principles of the library and information profession.
   b. The role of library and information professionals in the promotion of democratic principles and intellectual freedom (including freedom of expression, thought, and conscience).
   c. The history of libraries and librarianship.
   d. The history of human communication and its impact on libraries.
   e. Current types of library (school, public, academic, special, etc.) and closely related information agencies.
   f. National and international social, public, information, economic, and cultural policies and trends of significance to the library and information profession.
   g. The legal framework within which libraries and information agencies operate. That framework includes laws relating to copyright, privacy, freedom of expression, equal rights (e.g., the Americans with Disabilities Act), and intellectual property.
   h. The importance of effective advocacy for libraries, librarians, other library workers, and library services.
   i. The techniques used to analyze complex problems and create appropriate solutions.
   j. Effective communication techniques (verbal and written).
   k. Certification and/or licensure requirements of specialized areas of the profession.
2. Information Resources
   a. Concepts and issues related to the lifecycle of recorded knowledge and information, from creation through various stages of use to disposition.
   b. Concepts, issues, and methods related to the acquisition and disposition of resources, including evaluation, selection, purchasing, processing, storing, and de-selection.
   c. Concepts, issues, and methods related to the management of various collections.
   d. Concepts, issues, and methods related to the maintenance of collections, including preservation and conservation.
3. Organization of Recorded Knowledge and Information
   a. The principles involved in the organization and representation of recorded knowledge and information.
   b. The developmental, descriptive, and evaluative skills needed to organize recorded knowledge and information resources.
   c. The systems of cataloging, metadata, indexing, and classification standards and methods used to organize recorded knowledge and information.
4. Technological Knowledge and Skills

a. Information, communication, assistive, and related technologies as they affect the resources, service delivery, and uses of libraries and other information agencies.
b. The application of information, communication, assistive, and related technology and tools consistent with professional ethics and prevailing service norms and applications.
c. The methods of assessing and evaluating the specifications, efficacy, and cost efficiency of technology-based products and services.
d. The principles and techniques necessary to identify and analyze emerging technologies and innovations in order to recognize and implement relevant technological improvements.

5. Reference and User Services
a. The concepts, principles, and techniques of reference and user services that provide access to relevant and accurate recorded knowledge and information to individuals of all ages and groups.
b. Techniques used to retrieve, evaluate, and synthesize information from diverse sources for use by individuals of all ages and groups.
c. The methods used to interact successfully with individuals of all ages and groups to provide consultation, mediation, and guidance in their use of recorded knowledge and information.
d. Information literacy/information competence techniques and methods, numerical literacy, and statistical literacy.
e. The principles and methods of advocacy used to reach specific audiences to promote and explain concepts and services.
f. The principles of assessment and response to diversity in user needs, user communities, and user preferences.
g. The principles and methods used to assess the impact of current and emerging situations or circumstances on the design and implementation of appropriate services or resource development.

6. Research
a. The fundamentals of quantitative and qualitative research methods.
b. The central research findings and research literature of the field.
c. The principles and methods used to assess the actual and potential value of new research.

7. Continuing Education and Lifelong Learning
a. The necessity of continuing professional development of practitioners in libraries and other information agencies.
b. The role of the library in the lifelong learning of patrons, including an understanding of lifelong learning in the provision of quality service and the use of lifelong learning in the promotion of library services.
c. Learning theories, instructional methods, and achievement measures; and their application in libraries and other information agencies.
d. The principles related to the teaching and learning of concepts, processes and skills used in seeking, evaluating, and using recorded knowledge and information.

8. Administration and Management

    a.  The principles of planning and budgeting in libraries and other information agencies.
    b.  The principles of effective personnel practices and human resource development.
    c.  The concepts behind, and methods for, assessment and evaluation of library services and their outcomes.
    d.  The concepts behind, and methods for, developing partnerships, collaborations, networks, and other structures with all stakeholders and within communities served.
    e.  The concepts behind, issues relating to, and methods for, principled, transformational leadership.

Adopted as amended by the ALA Council, January 27, 2009, 2008-2009 ALA CD#10-10.1 revised. (PDF, 6 pgs)

## B.1.4 Copyright: An Interpretation of the Code of Professional Ethics for Librarians (NEW)

Librarians are sources of copyright information for their user communities. Librarians should acquire a solid understanding of the purpose of copyright law and knowledge of its details relevant to library activities. They should do so in order to develop the ability to critically analyze issues of fair use or other limits to the rights of copyright holders, as well as to gain the confidence to implement the law using good judgment. Librarians and library staff should be educated to recognize and observe copyright and its limits, to understand and act on their rights and those of their users, and to be ready to inform or properly refer users with questions pertaining to copyright. When the balance between rights holders and information users' needs to be restored, librarians should engage with rights holders and legislators and advocate on behalf of their users and user rights.  Adopted, 2014.  (See "Policy Reference File": Copyright: An Interpretation of the Code of Ethics, 2013-2014 ALA CD#40.1  63014  act)

## B.2. Intellectual Freedom (Old Number 53)

### B.2.1 Library Bill of Rights (Old Number 53.1)

The American Library Association affirms that all libraries are forums for information and ideas, and that the following basic policies should guide their services.

1.  Books and other library resources should be provided for the interest, information, and enlightenment of all people of the community the library serves. Materials should not be excluded because of the origin, background, or views of those contributing to their creation.
2.  Libraries should provide materials and information presenting all points of view on current and historical issues. Materials should not be proscribed or removed because of partisan or doctrinal disapproval.
3.  Libraries should challenge censorship in the fulfillment of their responsibility to provide information and enlightenment.

4. Libraries should cooperate with all persons and groups concerned with resisting abridgment of free expression and free access to ideas.
5. A person's right to use a library should not be denied or abridged because of origin, age, background, or views.
6. Libraries which make exhibit spaces and meeting rooms available to the public they serve should make such facilities available on an equitable basis, regardless of the beliefs or affiliations of individuals or groups requesting their use.

Adopted June 18, 1948. Amended February 2, 1961, June 27, 1967, and January 23, 1980, by the ALA Council (PDF, 1 pg)

### B.2.1.1 Challenged Resources (Old Number 53.1.1)

Libraries: An American Value" states, "We protect the rights of individuals to express their opinions about library resources and services." The American Library Association declares as a matter of firm principle that it is the responsibility of every library to have a clearly defined written policy for collection development that includes a procedure for review of challenged resources. Collection development applies to print and media resources or formats in the physical collection. It also applies to digital resources such as databases, e-books and other downloadable and streaming media. Adopted 1971, amended 1990, 2014.

(*See* "Policy Reference File": Challenged Resources: An Interpretation of the Library *Bill of Rights*: 2013-2014 ALA CD#19.7 63014 act - PDF, 9 pgs). *Formerly titled:* Challenged Materials: An Interpretation of the *Library Bill of Rights).*

### B.2.1.2 Expurgation of Library Materials (Old Number 53.1.2)

The act of expurgation denies access to the complete work and the entire spectrum of ideas that the work is intended to express. This is censorship. Expurgation based on the premise that certain portions of a work may be harmful to minors is equally a violation of the Library Bill of Rights.

*Note*: At the 2014 Annual Conference, the ALA Council amended the wording in and title to Expurgation of Library Materials: An Interpretation of the *Library Bill of Rights; now titled:* **Expurgation of Library Resources**. The policy abstract was not revised.

Adopted 1973, revised 1990, 2008, 2014. (*See* "Policy Reference File": Expurgation of Library Materials: An Interpretation of the *Library Bill of Rights*, revised, 2013–2014 ALA CD#19.10 63014 - PDF, 7 pgs)

### B.2.1.3 Access to Resources and Services in the School Library Media Program (Old Number 53.1.3)

Members of the school community involved in the collection development process employ educational criteria to select resources unfettered by their personal, political, social, or religious views. Students and educators served by the school library have access to resources and services free of constraints resulting from personal, partisan, or doctrinal disapproval. School librarians resist efforts by individuals or groups to define what is appropriate for all students or

teachers to read, view, hear, or access regardless of technology, formats or method of delivery. Adopted 1986, amended 1990, 2000, 2005, 2008, 2014.

(*See* Policy Reference File": Access to Resources and Services in the School Library: An Interpretation of the *Library Bill of Rights*, revised, 2013-2014 ALA CD#19.5 - PDF, 15 pgs). ***Formerly entitled***: Access to Resources and Services in the School Library Media: An Interpretation of the *Library Bill of Rights*).

### B.2.1.4 Access to Library Resources and Services for Minors (Old Number 53.1.4)

Librarians and library governing bodies have a public and professional obligation to ensure that all members of the community they serve have free, equal, and equitable access to the entire range of library resources regardless of content, approach, or format. This principle of library service applies equally to all users, minors as well as adults. Lack of access to information can be harmful to minors. Librarians and library governing bodies must uphold this principle in order to provide adequate and effective service to minors.

Adopted June 30, 1972; amended: AC 1981; AC 1991; AC 2004; AC 2008; and AC2014.   (*See* Policy Reference File": Access to Library Resources and Services for Minors: An Interpretation of the *Library Bill of Rights*, revised, 2013-2014 ALA CD#19.4. (*Formerly entitled*: Free Access to Libraries for Minors: An Interpretation of the *Library Bill of Rights; also incorporates content from* **Access for Children and Young Adults to Nonprint Materials, B.2.1.13 (old number: 53.1.13) -** PDF, 22 pgs*).

### B.2.1.5 Evaluating Library Collections (Old Number 53.1.5)

Evaluation of library materials is not to be used as a convenient means to remove materials that might be viewed as controversial or objectionable.

Adopted 1973, amended 1981, 2008. (See "Policy Reference File": Evaluating Library Collections: An Interpretation of the Library Bill of Rights, revised, 2007-2008 ALA CD#19.5. - PDF, 2 pgs)

### B.2.1.6 Restricted Access to Library Materials (Old Number 53.1.6)

Participation in a democratic society requires unfettered access to current social, political, economic, cultural, scientific, and religious information. Information and ideas available outside the prison are essential to prisoners for a successful transition to freedom. Learning to be free requires access to a wide range of knowledge, and suppression of ideas does not prepare the incarcerated of any age for life in a free society. Even those individuals that a lawful society chooses to imprison permanently deserve access to information, to literature, and to a window on the world. Censorship is a process of exclusion by which authority rejects specific points of view. That material contains unpopular views or even repugnant content does not provide justification for censorship. Unlike censorship, selection is a process of inclusion that involves the search for resources, regardless of format, that represent diversity and a broad spectrum of ideas. The correctional library collection should reflect the needs of its community. Adopted 2010, amended 2014.

(See Policy Reference File: Prisoners' Right to Read: An Interpretation of the *Library Bill of Rights*: 2013–2014 ALA CD#19.14  63014  act - PDF, 12 pgs)

## B.2.1.7 Labeling Systems (Old Number 53.1.7)

Labels as viewpoint-neutral directional aids are intended to facilitate access by making it easier for users to locate resources. The prejudicial label is used to warn, discourage, or prohibit users or certain groups of users from accessing the resource. The prejudicial label presupposes that individuals must be directed in making up their minds about the ideas they examine. The American Library Association affirms the rights of individuals to form their own opinions about resources they chose to access. Adopted 1951, amended 1971, 1981, 1990, 2005, 2009, 2015.

(See "Policy Reference File": Labeling Systems: An Interpretation of the Library Bill of Rights, 2014-2015 ALA CD#19.4)

## B.2.1.8 Rating Systems (Old Number 53.1.7)

Many organizations use or devise rating systems as a means of advising their opinions of the content and suitability or appropriate age or grade level for use of certain materials. However, the American Library Association affirms the rights of individuals to form their own opinions about resources they choose to read or view. Libraries are not required to provide ratings in their bibliographic records. If they choose to do so, they should cite the source of the rating in their catalog or discovery tool displays to indicate the library does not endorse any external rating system. Adopted 1951, amended 1971, 1981, 1990, 2005, 2009, 2015.

(See "Policy Reference File": Rating Systems: An Interpretation of the Library Bill of Rights, 2014-2015 ALA CD#19.5)

## B.2.1.9 Exhibit Spaces and Bulletin Boards (Old Number 53.1.8)

Libraries that make bulletin boards available to public groups for posting notices of public interest should develop criteria for the use of these spaces based on the same considerations as those outlined above. Libraries may wish to develop criteria regarding the size of material to be displayed, the length of time materials may remain on the bulletin board, the frequency with which material may be posted for the same group, and the geographic area from which notices will be accepted. Adopted 1991, amended 2004, 2014.

(See "Policy Reference File": Exhibit Spaces and Bulletin Boards: An Interpretation of the *Library Bill of Rights*, ALA 2013-2014 ALA CD#19.9  63014  act – PDF 8 pgs.)

## B.2.1.10 Meeting Rooms (Old Number 53.1.9)

Libraries maintaining meeting room facilities should develop and publish statements governing use. These statements can properly define time, place, or manner of use; such qualifications should not pertain to the content of a meeting or to the beliefs or affiliations of the sponsors. If meeting rooms in libraries supported by public funds are made available to the general public for non-library sponsored events, the library may not exclude any group based on the subject matter to be discussed or based on the ideas that the group advocates. A publicly supported

library may limit use of its meeting rooms to strictly "library related" activities, provided that the limitation is clearly circumscribed and is viewpoint neutral.

Adopted 1991. (See "Policy Reference File": Meeting Rooms: An Interpretation of the Library Bill of Rights. - PDF, 5 pgs)

### B.2.1.11 Library Initiated Programs as a Resource (Old Number 53.1.10)

A policy on library-initiated programming should set forth the library's commitment to free access to information and ideas for all users. Library staff select programs based on the interests and information needs of the community. Libraries servicing multilingual or multicultural communities should make efforts to accommodate the information needs of those for whom English is a second language.

Adopted 1982, revised 1990, 2000. (See "Policy Reference File": Library Initiated Programs as a Resource: An Interpretation of the Library Bill of Rights: 1999-2000 CD #19.4 - PDF, 7 pgs)

### B.2.1.12 Diversity in Collection Development (Old Number 53.1.11)

Library collections must represent the diversity of people and ideas in our society. There are many complex facets to any issue, and many contexts in which issues may be expressed, discussed, or interpreted. Librarians have an obligation to select and support access to content on all subjects that meet, as closely as possible, the needs, interests, and abilities of all persons in the community the library serves.  Adopted 1982, amended 1990, 2008, 2014.

(See "Policy Reference File": Diversity in Collection Development:  An Interpretation of the Library Bill of Rights, 2013-2014 ALA CD#19.8  63014  act – PDF, 17)

### B.2.1.13 Universal Right to Free Expression (Old Number 53.1.12)

The American Library Association is unswerving in its commitment to human rights, but cherishes a particular commitment to privacy and free expression; the two are inseparably linked and inextricably entwined with the professional practice of librarianship. We believe that the rights of privacy and free expression are not derived from any claim of political, racial, economic, or cultural hegemony.  These rights are inherent in every individual. They cannot be surrendered or subordinated, nor can they be denied, by the decree of any government or corporate interest. True justice and equality depend upon the constant exercise of these rights.

Adopted 1989, amended 2014. (See "Policy Reference File": The Universal Right to Free Expression: An Interpretation of the *Library Bill of Rights*, ALA CD#19.17  63014  act – PDF, 7 pgs. )

### B.2.1.14

### B.2.1.15 Economic Barriers to Information Access (Old Number 53.1.14)

The American Library Association opposes the charging of user fees for the provision of information by all libraries and information services that receive their major support from public funds. All information resources that are provided directly or indirectly by the library, regardless of technology, format, or methods of delivery, should be readily, equally, and equitably accessible to all library users. The ALA opposes any legislative or regulatory attempt

to impose content restrictions on library resources, or to limit user access to information, as a condition of funding for publicly supported libraries and information services.

Adopted 1993. (See also Policies B.4.2, B.5.2, B.3.1, and B.8.10.1). (See "Policy Reference File": Economic Barriers to Information Access: An Interpretation of the Library Bill of Rights: 1992-93 CD #26.6.2. - PDF, 2 pgs)

### B.2.1.16 Access to Library Resources and Services Regardless of Sex, Gender Identity, Gender Expression, or Sexual Orientation (Old Number 53.1.15)

The American Library Association stringently and unequivocally maintains that libraries and librarians have an obligation to resist efforts that systematically exclude materials dealing with any subject matter, including sex, gender identity or expression, or sexual orientation. The Association also encourages librarians to proactively support the First Amendment rights of all library users, regardless of sex, sexual orientation, or gender identity or expression.

Adopted 1993, amended 2000, 2004, 2008, 2010. (See "Policy Reference File": Access to Library Resources and Services Regardless of Sex, Gender Identity, Gender Expression, or Sexual Orientation: An Interpretation of the Library Bill of Rights: revised, 2007-2008 ALA CD#19.2 - PDF, 3 pgs)

### B.2.1.17 Privacy (Old Number 53.1.16)

In a library (physical or virtual), the right to privacy is the right to open inquiry without having the subject of one's interest examined or scrutinized by others. Confidentiality exists when a library is in possession of personally identifiable information about users and keeps that information private on their behalf. Protecting user privacy and confidentiality is necessary for intellectual freedom and fundamental to the ethics and practice of librarianship.

(See "Policy Reference File": Privacy: An Interpretation of the Library Bill of Rights: 2001-2002 CD#19.6. - PDF, 5 pgs)

### B.2.1.18 Use of Filtering Software in Libraries (Old Number 53.1.17)

The ALA affirms that the use of filtering software by libraries to block access to constitutionally protected speech violates the Library Bill of Rights.

(See "Policy Reference File": Resolution on the Use of Filtering Software in Libraries, 1996-97 CD #19.4 - PDF, 1 pg)

### B.2.1.18.l Internet Filtering. (NEW)

The negative effects of content filters on Internet access in public libraries and schools are demonstrable and documented. Consequently, the American Library Association cannot recommend filtering. However, the American Library Association recognizes that local libraries and schools often must rely on federal or state funding for computers and internet access. Because adults and, to a lesser degree minors, have First Amendment rights, libraries and

schools that choose to use content filters should implement policies and procedures that mitigate the negative effects of filtering to the greatest extent possible. Adopted, 2015.

(See "Policy Reference File": Committee on Professional Ethics Report: 2014-2015 ALA CD#19.3)

### B.2.1.19 Intellectual Freedom Principles for Academic Libraries (Old Number 53.1.18)

A service philosophy should be promoted that affords equal access to information for all in the academic community with no discrimination on the basis of race, age, values, gender, sexual orientation, gender identity, cultural or ethnic background, physical, sensory, cognitive or learning disability, economic status, religious beliefs, or views. Adopted 2000, amended 2014.

(See "Policy Reference File": Intellectual Freedom Principles for Academic Libraries: An Interpretation of the *Library Bill of Right*s: 2013-2014 ALA CD#19.11- 63014 act - PDF 4 pgs)

### B.2.1.20 Access to Digital Information, Services, and Networks (Old Number 53.1.19)

Freedom of expression is an inalienable human right and the foundation for self-government. Freedom of expression encompasses the freedom of speech and the corollary right to receive information. Libraries and librarians protect and promote these rights regardless of the format or technology employed to create and disseminate information.

Adopted 1996, amended 2005, 2009. (See "Policy Reference File": Access to Digital Information, Services, and Networks: An Interpretation of the Library Bill of Ri ghts: 2008-09 ALA CD #19.5 - PDF, 4 pgs)

### B.2.1.21 Services to Persons with Disabilities (Old Number 53.1.20)

The First Amendment to the U.S. Constitution mandates the right of all persons to free expression and the corollary right to receive the constitutionally protected expression of others. A person's right to use the library should not be denied or abridged because of disabilities. The library has the responsibility to provide materials "for the interest, information, and enlightenment of all people of the community the library serves." (See also the Library Bill of Rights.) When information in libraries is not presented in formats that are accessible to all users, discriminatory barriers are created.

Adopted 2009. (See "Policy Reference File": Services to Persons with Disabilities: An Interpretation of the Library Bill of Rights: revised, 2008-2009 ALA CD#19.3 - PDF, 3 pgs)

### B.2.1.22 Advocating for Intellectual Freedom (Old Number 53.1.21)

Libraries of all types foster education by promoting the free expression and interchange of ideas, leading to empowered lifelong learners. Libraries use resources, programming, and services to strengthen intellectual and physical access to information and thus build a foundation of intellectual freedom: developing collections (both real and virtual) with multiple perspectives and individual needs of users in mind; providing programming and instructional services framed around equitable access to information and ideas; and teaching information skills and intellectual freedom rights integrated appropriately throughout the spectrum of library programming. Adopted 2009, amended 2014.

*(See "Policy Reference File" Advocating for Intellectual Freedom: An Interpretation of the Library Bill of Rights: revised, 2013-2014 ALA CD#19.6 63014 - PDF, 6 pgs). Formerly titled: Importance of Education to Intellectual Freedom: An Interpretation of the Library Bill of Rights).*

### B.2.1.23 Minors and Internet Activity (Old Number 53.1.22)

The First Amendment applies to speech created by minors on interactive sites. Use of these social networking sites in a school or library allows minors to access and create resources that fulfill their interests and needs for information, for social connection with peers, and for participation in a community of learners. Restricting expression and access to interactive web sites because the sites provide tools for sharing information with others violates the tenets of the *Library Bill of Rights*. It is the responsibility of librarians and educators to monitor threats to the intellectual freedom of minors and to advocate for extending access to interactive applications on the Internet.

Adopted 2009, amended 2014. (See "Policy Reference File": Minors and Internet Activity: An Interpretation of the *Library Bill of Rights*: 2013-2014 ALA CD#19.13 63014 act). **Formerly titled:** Minors and Internet Interactivity: An Interpretation of the *Library Bill of Rights).*

### B.2.1.24 Prisoners' Right to Read (Old Number 53.1.23)

Participation in a democratic society requires unfettered access to current social, political, economic, cultural, scientific, and religious information. Information and ideas available outside the prison are essential to prisoners for a successful transition to freedom. Learning to be free requires access to a wide range of knowledge, and suppression of ideas does not prepare the incarcerated of any age for life in a free society. Even those individuals that a lawful society chooses to imprison permanently deserve access to information, to literature, and to a window on the world. Censorship is a process of exclusion by which authority rejects specific points of view. That material contains unpopular views or even repugnant content does not provide justification for censorship. Unlike censorship, selection is a process of inclusion that involves the search for resources, regardless of format, that represent diversity and a broad spectrum of ideas. The correctional library collection should reflect the needs of its community. Adopted 2010, amended 2014.

*(See* Policy Reference File: Prisoners' Right to Read: An Interpretation of the *Library Bill of Rights*: 2013–2014 ALA CD#19.14 63014 act – PDF, 6 pgs. )

## B.2.1.25 User-Generated Content in Library Discovery Systems (NEW)

Libraries offer a variety of discovery systems to provide access to the resources in their collections. When discovery systems incorporate social media components, intelligent objects and knowledge-sharing tools, they create opportunities for users to contribute to discussions about library resources within the discovery system. Libraries that open their discovery systems to user-generated content should develop and publish viewpoint-neutral policies that describe how users may contribute, how user-generated content will be displayed, and how the personal information of contributors will be protected. Adopted, January 2016.

(See "Policy Reference File": User-Generated Content in Library Discovery Systems: An Interpretation of the Library Bill of Rights, 2015-2016 ALA CD#19.2. Adopted January 12, 2016)

## B.2.1.26 Religion in Libraries (NEW)

The First Amendment guarantees the right of individuals to believe and practice their religion or to practice no religion at all, and prohibits government from establishing or endorsing a religion or religions. Thus the freedom of, for and from religion, are similarly guaranteed. The First Amendment also guarantees the corollary right of individuals to receive information on religious topics. Libraries support this right by providing access to diverse religious thought without becoming a proponent of any of them. Adopted AC 2016

(See "Policy Reference File": Religion in American Libraries: An Interpretation of the Library Bill of Rights, 2015-2016 CD #19.9. Adopted June 28, 2016)

## B.2.2 Freedom to View (Old Number 53.2)

The American Library Association endorses Freedom to View, a statement of the American Film and Video Association.

(See "Policy Reference File": Freedom to View, revised 1990; 1989-90 CD #61.5. - PDF, 2 pgs)

## B.2.3 Freedom to Read (Old Number 53.3)

The American Library Association endorses Freedom to Read, a joint statement by the American Library Association and the Association of American Publishers. Adopted 1953, revised 1972, 1991, 2000, and 2004.
(See "Policy Reference File": Freedom to Read: 2003-04 ALA CD#19.11 - PDF, 17 pgs)

## B.2.3.1 Linguistic Pluralism (Old Number 53.3.1)

The American Library Association opposes all language laws, legislation, and regulations which restrict the rights of citizens who speak and read languages other than English, and those language laws, legislation, and regulations which abridge pluralism and diversity in library collections and services. The Association works with state associations and other agencies in devising ways to counteract restrictions arising from existing language laws and regulations, and encourages and supports the provision of library resources and services in the languages in common use in each community in the United States.

### B.2.4 Governmental Intimidation (Old Number 53.4)

The American Library Association opposes any use of governmental prerogatives that lead to the intimidation of individuals or groups and discourages them from exercising the right of free expression as guaranteed by the First Amendment to the U.S. Constitution. ALA encourages resistance to such abuse of governmental power and supports those against whom such governmental power has been employed.

### B.2.5 Support of Academic Freedom (Old Number 53.5)

The American Library Association reaffirms the principles of academic freedom embodied in the American Association of University Professors' "Statement on Academic Freedom and Tenure" (1940), and opposes any legislation or codification of documents (e.g. the "Academic Bill of Rights" (ABOR)) that undermine academic or intellectual freedom, chill free speech, and/or otherwise interfere with the academic community's well-established norms and values of scholarship and educational excellence.

(See "Policy Reference File": Resolution in Support of Academic Freedom 2005-2006 ALA CD 36 - PDF, 9 pgs).

### B.2.6 Shield Laws (Old Number 53.6)

The American Library Association supports the enactment by Congress of a broad and effective federal shield law. The Association exhorts its chapters to work vigorously for the enactment of broad and effective shield laws in every state.

### B.2.7 Loyalty Oaths (Old Number 53.7)

The American Library Association protests conditions of employment predicated on inquiries into library employees' thoughts, reading matter, associates, or memberships in organizations. The Association also protests compulsory affirmations of allegiance as a condition of employment in libraries and calls on libraries not to impose loyalty tests or oaths as conditions of employment.

### B.2.8 Destruction of Libraries (Old Number 53.8)

The American Library Association deplores the destruction of libraries, library collections and property, and the disruption of the educational process by that act, whether it be done by individuals or groups of individuals and whether it be in the name of honest dissent, the desire to control or limit thought or ideas, or for any other purpose.

### B.2.9 Libraries: An American Value (Old Number 53.9)

Libraries in America are cornerstones of the communities they serve. Free access to the books, ideas, resources, and information in America's libraries is imperative for education, employment, enjoyment, and self-government.

Libraries are a legacy to each generation, offering the heritage of the past and the promise of the future. To ensure that libraries flourish and have the freedom to promote and protect the public good in the 21st century, we believe certain principles must be guaranteed.

To that end, we affirm this contract with the people we serve:

- We defend the constitutional rights of all individuals, including children and teenagers, to use the library's resources and services;

- We value our nation's diversity and strive to reflect that diversity by providing a full spectrum of resources and services to the communities we serve;

- We affirm the responsibility and the right of all parents and guardians to guide their own children's use of the library and its resources and services;

- We connect people and ideas by helping each person select and effectively use the library's resources; We protect each individual's privacy and confidentiality in the use of library resources and services; We protect the rights of individuals to express their opinions about library resources and services;

- We celebrate and preserve our democratic society by making available the widest possible range of viewpoints, opinions and ideas, so that all individuals have the opportunity to become lifelong learners – informed, literate, educated, and culturally enriched.

- Change is constant, but these principles transcend change and endure in a dynamic technological, social, and political environment.

- By embracing these principles, libraries in the United States can contribute to a future that values and protects freedom of speech in a world that celebrates both our similarities and our differences, respects individuals and their beliefs, and holds all persons truly equal and free.

### B.2.10 Violence in the Media: A Joint Statement (Old Number 53.10)

The American Library Association endorses Violence in the Media: A Joint Statement, a statement of the Association of American Publishers, Inc.

(See "Policy Reference File": Violence in the Media: A Joint Statement: 2000-2001 CD #19.3 - PDF, 6 pgs)

### B.2.11 Radio Frequency Identification (RFID) Technology and Privacy Principles (Old Number 53.11)

All businesses, organizations, libraries, educational institutions, and non-profits that buy, sell, loan, or otherwise make available books and other content to the public utilizing RFID technologies shall:

1. Implement and enforce an up-to-date organizational privacy policy that gives notice and full disclosure as to the use, terms of use, and any change in the terms of use for data collected via new technologies and processes, including RFID.

2. Ensure that no personal information is recorded on RFID tags, which, however, may contain a variety of transactional data.
3. Protect data by reasonable security safeguards against interpretation by an unauthorized third party.
4. Comply with relevant federal, state, and local laws as well as industry best practices and policies.
5. Ensure that the four principles outlined above must be verifiable by an independent audit.

Adopted 2005. (See "Policy Reference File": Resolution on Radio Frequency Identification (RFID) Technology and Privacy Principles: 2004-05 CD#19.1 - PDF, 6 pgs)

### B.2.12 Threats to Library Materials Related to Sex, Gender Identity, or Sexual Orientation (Old Number 53.12)
The American Library Association supports the inclusion in library collections of materials that reflect the diversity of our society, including those related to sex, sexual orientation, and gender identity or expression. ALA encourages all American Library Association chapters to take active stands against all legislative or other government attempts to proscribe materials related to sex, sexual orientation, and gender identity or expression; and encourages all libraries to acquire and make available materials representative of all the people in our society.

Adopted 2005, Amended 2009, 2010. (See "Policy Reference File": Resolution on Threats to Library Materials Related to Sex, Gender Identity, or Sexual Orientation, 2004-2005 ALA CD#57)

### B.3. Diversity (Old Number 60)
The American Library Association (ALA) promotes equal access to information for all persons and recognizes the ongoing need to increase awareness of and responsiveness to the diversity of the communities we serve. ALA recognizes the critical need for access to library and information resources, services, and technologies by all people, especially those who may experience language or literacy-related barriers; economic distress; cultural or social isolation; physical or attitudinal barriers; racism; discrimination on the basis of appearance, ethnicity, immigrant status, religious background, sexual orientation, gender identity, gender expression; or barriers to equal education, employment, and housing.

Libraries can and should play a crucial role in empowering diverse populations for full participation in a democratic society. In order to accomplish this, however, libraries must utilize multivariate resources and strategies. In the library workforce, concrete programs of recruitment, training, development, advancement and promotion are needed in order to increase and retain diverse library personnel who are reflective of the society we serve. Within the American Library Association and in the services and operations of libraries, efforts to include diversity in programs, activities, services, professional literature, products and continuing education must be ongoing and encouraged.

### B.3.1 Policy Objectives (Old Number 60.1)
The American Library Association will implement these objectives by:
1. Promoting the removal of all barriers to library and information services.

2. Promoting the publication, development, and purchase of materials, resources and exhibits that present positive role models from diverse populations.
3. Promoting full funding for existing legislative programs in support of equal education and employment, and exploring alternative funding sources for scholarships, fellowships, and assistantships in order to attract individuals from diverse backgrounds into librarianship.
4. Promoting training opportunities for library personnel that will give them the skills needed to both provide effective services to diverse populations and to raise funds to enhance library services for diverse communities.
5. Promoting the incorporation of programs and services designed for diverse populations into the budgets of all types of libraries, rather than supporting these activities solely from "soft monies" such as private grants or federal monies.
6. Promoting adequate funding of library personnel, resources, facilities and equipment for the provision of equitable library services to diverse populations.
7. Promoting supplemental support for library resources for diverse communities by urging local, state, and federal government, and the private sector, to provide adequate funding.
8. Promoting public awareness of the importance of library resources and services among all segments of society, especially in diverse communities.
9. Promoting the creation of output measures through the encouragement of community needs assessment.
10. Promoting the career advancement of diverse personnel by providing increased professional and leadership development opportunities.

(See 1.3-A and "Policy Reference File": Equity at Issue [1985-1986 CD #30] adopted by Council June 1986. - PDF, 7 pgs)

## B.3.2 Combating Racism (Old Number 60.2)
Since 1936, the American Library Association has been actively engaged in combating any and all attitudes, behavior, services or programs which amount to the exclusion or restriction of a targeted group of people based on a designation of race, skin color, ethnic origin or descent.

ALA also recognizes that institutionalized inequities based on race are embedded into our society and are reinforced through social institutions and further perpetuated by policies, practices, behaviors, traditions, and structures. And, since libraries are a microcosm of the larger society and play an important and unique role in the communities they serve, they must seek to provide an environment free of racism, where all are treated with respect and dignity.

## B.3.3 Combating Prejudice, Stereotyping, and Discrimination (Old Number 60.3)
The American Library Association actively commits its programs and resources to those efforts that combat prejudice, stereotyping, and discrimination against individuals and groups in the library profession and in library user populations on the basis of race, age, sex, sexual orientation, gender identity, gender expression, creed, color, religious background, national origin, language of origin or disability. Nothing in the Resolution on Prejudice, Stereotyping, and Discrimination authorizes censoring, expurgation, or restrictive labeling of materials. Actions and programs to raise the awareness of library users to any problem or condition would not be

in conflict with the Library Bill of Rights when they are free of any element of advocacy. Both documents respect the rights of all who use libraries to do so freely and without being subjected to pressure or censorship from within the institution.

Furthermore, ALA believes that the struggle against racism, prejudice, stereotyping, and discrimination is a continuous effort and must extend throughout its membership.

Specifically, the American Library Association and libraries will:
1. Seek to facilitate equitable participation of all people within decision-making processes in the Association and will strive to create an environment where all are welcome and where diversity is a collective goal.
2. Encourage its membership, libraries, vendors and stakeholders to implement anti-racism policies that outline the organization's expectations of its participants, staff and members.
3. Support anti-racism work within the broader society by monitoring, evaluating and advocating for human rights and equity legislation, regulations, policy and practice.

Thus, the American Library Association will endeavor to ensure full representation of all racial groups and have this reflected in its policies, procedures, and programs, as well as in its relations with staff, members, stakeholders, and the community at large, thereby reaffirming its commitment to diversity, inclusiveness, and mutual respect for all human beings.

(See "Policy Reference File" for full Resolution on Prejudice, Stereotyping, and Discrimination, a revision of the Resolution on Racism and Sexism Awareness.)

### B.3.4 Native American Themes (Old Number 59.3)
ALA and its divisions are encouraged to consult with the American Indian Library Association before using or creating Native American themed illustrations, graphics, programs, or publicity.

### B.3.5 Goals for Inclusive and Culturally Competent Library and Information Services (Old Number 60.4)
Cultural competency is defined as the acceptance and respect for diversity, continuing self-assessment regarding culture, and the ongoing development of knowledge, resources, and service models that work towards effectively meeting the needs of diverse populations. Cultural competence is critical to the equitable provision of library and information services; therefore, the American Library Association urges library personnel to commit themselves to the following guidelines.

1. To ensure equitable services to every community member or group, training and ongoing education that promote awareness of and sensitivity to diversity must be stressed for all library personnel.
2. Care must be taken to acquire and provide materials that meet the educational, informational, and recreational needs of diverse communities.
3. Efforts to identify and eliminate cultural, economic, literacy-related, linguistic, physical, technological, or perceptional barriers that limit access to library and information resources must be prioritized and ongoing.

4. The creation of library services and delivery operations, which will ensure rapid access to information in a manner reflective of the communities they serve.
5. A diverse workforce is essential to the provision of competent library services. A concerted effort must be undertaken to recruit and retain diverse personnel at every level of the library workforce. Opportunities for career advancement must also be available to these individuals.
6. To ensure the development and enhancement of library services to diverse populations, library personnel from diverse and underrepresented backgrounds must be encouraged to take active roles in the American Library Association and other professional library organizations.

### B.3.6 Library and Information Studies Education to Meet the Needs of a Diverse Society (Old Number 60.5)

The American Library Association, through the Committee on Accreditation, will encourage graduate programs in library and information studies seeking accreditation or re-accreditation to ensure that their student bodies, faculties, and curricular effect the diverse histories and information needs of all people in the United States. Collaboration between these programs and local libraries and community-based organizations serving diverse populations is to be particularly encouraged.

### B.3.7 Recruitment and Retention of Diverse Personnel (Old Number 60.6)

In order to ensure that libraries are both reflective of and relevant to the communities they serve, the American Library Association encourages and supports recruitment and continuing education initiatives that facilitate the hiring and promotion of a diverse workforce in libraries of all types and at all organizational levels.

### B.3.8 Leadership Development and Advancement (Old Number 60.7)

The American Library Association encourages libraries and library professional organizations to develop internal and collaborative initiatives that will assist library personnel from diverse backgrounds in identifying and preparing for career advancement and management opportunities. Such continuing education programs and learning modules may promote the development of skills necessary for leadership in 21st century information environments.

1. Libraries will be encouraged to provide information, training, and skill development activities to enhance leadership capabilities for diverse populations in the library profession.
2. ALA will assist in identifying proven leaders willing to participate as mentors to provide feedback, encouragement, and advice regarding continuing education, professional development, and career advancement opportunities for interested members.
3. Opportunities for learning and strengthening leadership skills will be available as workshops and conference programs in all sectors of the Association. Program developers will acknowledge the concerns of diverse populations and take this into consideration when developing these programs, by involving the appropriate representation in program planning and advertising.
4. Diversity initiatives will include leadership development components to prepare the leaders of tomorrow.

## B.4. Equity and Access (Old Number 50—part of)

### B.4.1 Equal Rights Amendment Legislation (Old Number 50.2)

The American Library Association supports the equality of women both in the profession and in society at large. To this end the Association (a) supports implementation of the national plan of action as amended at the National Women's Conference in Houston in November 1977; (b) supports through employment practices policy the equal treatment of women in the work place; (c) supports the elimination of sex--stereotyping terminology through avoiding the use of such terminology in ALA publications and (e) supports adherence to affirmative action policies through its support of the enforcement of such policies in its library school accreditation standards and guidelines.

### B.4.2 Free Access to Information (Old Number 50.3)

The American Library Association asserts that the charging of fees and levies for information services, including those services utilizing the latest information technology, is discriminatory in publicly supported institutions providing library and information services.

The American Library Association shall seek to make it possible for library and information service agencies which receive their major support from public funds to provide service to all people without additional fees and to utilize the latest technological developments to insure the best possible access to information, and ALA will actively promote its position on equal access to information.

### B.4.3 Bibliographic Data Bases (Old Number 50.4)

The American Library Association supports open access to information, including the information contained in online data bases, and encourages data base providers and other organizations to minimize restrictions placed on their members' use of bibliographic records maintained in their online data bases.

(See "Policy Reference File": 1984-1985 CD #41 - PDF, 16 pgs)

### B.4.4 Funding for Community Access Cable Programming (Old Number 50.5)

Libraries should work cooperatively with other groups in promoting the widest possible access to communications and information, including community access cable casting. The American Library Association, in order to support stable sources of funding for community access channels, endorses the following principles articulated by Open Channel and Publicable, two organizations with knowledge and experience in community access cablecasting:

1. That a portion of cable revenues be designated to provide financial and technical assistance for community access programming.
2. That this support be sufficient to promote genuine access.
3. That this assistance increase as the cable operator's revenue increases.
4. That the specific structures, funding formulas, and monitoring arrangements be left to the local community.

### B.4.5 Trade Publishers Discounts (Old Number 50.14)

The American Library Association supports the concept of equal discounts on equal volume orders for all buyers.

### B.4.6 Electronic Environment (Old Number 50.15)

### B.4.6.1 Principles for the Networked World (Old Number 50.15.1)

Libraries are crucial to assuring that society benefits from the promises of technology but are increasingly challenged by a number of critical policy debates. There are seven policy areas intrinsic to libraries, technology, and the role that libraries play in connecting people to an increasingly networked world. These specific areas are:

- intellectual freedom, the right to access and express ideas;
- privacy, the freedom to choose the degree to which personal information is made available;
- equitable access to information;
- intellectual property;
- infrastructure, physical and social architectures within the context of the networked world;
- content, including public and government information; and
- information literacy, the ability to access and effectively participate in the networked world.

By establishing a baseline for ongoing policy discussions and decisions, the fundamental public policy requirements needed to support the ability of libraries to serve the public's information needs are well defined.

(See "Policy Reference File": Principles for the Networked World: 2001-2002 CD 20.2 - PDF, 8 pgs)

### B.4.6.2 Principles for Digitized Content (Old Number 50.15.2)

The accelerating mass digitization of collections in libraries and cultural heritage institutions demands a framework of principles and a body of policy to guide decision-making and to enable values-driven choices. The principles for the digitization of content will provoke a review of American Library Association policies that address the creation, access, use and preservation of digital materials and that require revision, enhancement and creation. This is critical to the advancement of ALA's leadership role in the information society and to the support provided to members. This will also sustain the relevance and impact of libraries and librarians in their communities.

    1. Values

        Digital collections are as important to libraries as all other types of collections. The policies of the Association apply fully to digital collections, including values such as intellectual freedom, commitment to access, respect for confidentiality and privacy, freedom of information, service for the public good, and professionalism.

Digital content must be given the same consideration as other library materials when conducting collection development, organization and cataloging of works, reference services, and preservation.

Digital content must be provided in various and alternative ways to meet the unique needs and circumstances of all people.

Equitable access to digital library materials is ensured through maximum accessibility, ubiquity, sustainability, and barrier-free access

2. Intellectual Property Rights

Access to and use of digital content that is protected by copyright should be provided in a fair and equitable manner, balancing the rights and privileges of users, creators, and owners.

Rights management policies and procedures must promote the advancement and sharing of knowledge, innovation, and creativity.

3. Sustainable Collections

A library's digital collections and associated activities must be sustainable. Sustainability requires secure and ongoing funding, technology solutions that are appropriate to the longevity of the cultural record, and long-term management capabilities.

4. Collaboration

Collaboration enables the building of collections that support research, scholarship and information needs of diverse communities.

Collaboration will require strong organizational support and promotion by library and cultural heritage practitioners, their institutions, and their associations.

5. Advocacy

A library's digital programs and associated activities require ongoing communication for its success.

The library and cultural heritage communities must reach out to the public, to government, and to funding institutions with a clear and compelling message regarding the role of digital libraries and collections.

6. International Scope

Digital collections increasingly serve an international audience and are part of a global information infrastructure that is not limited by geography.

The library and cultural heritage communities must understand the origination of materials in digital collections, respect the ownership of these materials, and be attentive to issues surrounding cultural asset exploitation and repatriation.

Digital collections and services must be developed with goals of technical and social interoperability in the international information sphere.

7. Continuous learning

Digital collections are developed and sustained by an educated workforce.

Members of the library and cultural heritage professions must engage in ongoing learning. They must explore new technology, work with new partners, and reach new audiences.

8. Preservation

Digital resources must receive appropriate preservation

Preservation activities require the development of standards, best practices, and sustainable funding models to support long-term commitment to digital resources.
9. Importance of Standards
Digital collections must be built upon standards and best practices that maximize their usefulness.
Such standards and best practices must serve the broadest community of users, including those with disabilities, support sustainable access and use over time, and provide user functionality that promotes the core library values.
Preference should be given to open standards and non-proprietary technologies that support long-term sustainability.

## B.5. Libraries and the Public Good (Old Number 50—part of)

### B.5.1 Nominations to the Posts of Librarian of Congress and of Archivist of the United States (Old Number 50.7)
The privilege of reviewing nominations made by the President of the United States to the highest government posts in their respective professions is one accorded the major national professional organizations. The American Library Association strongly supports the extension of a similar privilege to ALA, enabling it to review the recommendations and nominations for the positions of Librarian of Congress and of Archivist of the United States whenever new appointments to those posts are under consideration.

(See "Policy Reference File": July 1975 CD #58, 1986-1987 CD #18 - PDF, 8 pgs)

### B.5.2 Financing of Libraries (Old Number 50.8)
In order to assist libraries facing severe economic problems resulting from inflation, the American Library Association will engage in a broad media information program to make the public aware of the benefits to be gained through tax support of libraries, and will simultaneously explore public financing alternatives for libraries facing financial problems.

### B.5.3 Disarmament and Conflict Solving Information in Libraries (Old Number 50.10)
Libraries should make available and readily accessible information on possibilities for disarmament and alternative ways of solving conflicts.

### B.5.4 Nuclear Freeze, the Arms Race and National Security (Old Number 50.11)
The American Library Association supports the concept of a nuclear freeze on the development and deployment of nuclear weapons. It urges libraries to establish balanced up-to-date collections of library materials on national security in the nuclear age, on nuclear arms, and the movements for disarmament and a nuclear moratorium. The Association furthermore urges libraries to stimulate public interest in these issues and make information available about various courses of action concerned individuals may take.

(See "Policy Reference File.")

## B.5.5 Environmental Issues (Old Number 50.12)

The American Library Association urges librarians and library governing boards to collect and provide information on the condition of our Earth, its air, ground, water, and living organisms from all available sources.

(See "Policy Reference File": 1989-1990 CD #48 - PDF, 1 pg)

## B.5.6 Federal Legislative Policy (Old Number 51)

The Federal Government's Role in Library and Information Services **

A democratic society depends on the Federal government's ensuring the right of access for all its citizens to a comprehensive range of knowledge and variety of communications media. Through declaration of policy, by legislation, regulation, and the appropriation of financial support, the Executive Branch and the Congress of the United States have responded to requests for a Federal role in support of libraries as vital institutions serving the needs and well-being of individuals and the nation. Thus, while most libraries are regional and local institutions, under local, state, or private control, the Federal government plays an essential role in helping ensure access to resources and services for all.

Open government is vital to a democracy. Federal policy makers must continue to recognize the unique role of libraries, their delivery systems, and their community base in the dissemination of information to the public. The Federal government must continue to assume special responsibility to ensure that information produced or funded by the government is readily accessible to the people through the nation's libraries within the constraints of national security, privacy, efficient decision-making, and costs.

The Federal government must also provide leadership in the development and application of new technologies and services. Federal action stimulates local pilot programs for innovative services designed for specific user groups, programs that require specialized materials and technology, and education programs for library personnel.

Emerging technologies and advancements in telecommunications are altering the profile of library service. The Federal government initiates and facilitates cooperation, encourages resource sharing among all types of libraries, and establishes standards and practices for development of quality library networks that extend beyond state and national boundaries. The Department of Education through its mandate to assist libraries across the country raises standards of service and develops new programs to benefit library users. The Department not only administers important grant programs to public libraries, elementary and secondary school library media centers, and academic and research libraries, but also provides leadership, technical assistance, and dissemination of information. These functions must continue.

The Federal government also plays a critical role in the compilation and timely dissemination of statistical information, including data about libraries, information essential to long-range planning, and library development.

In an age of international communication and interchange of resources, the Federal government is pivotal in the development of libraries as institutions that transcend national boundaries. International protocols, participation in international organizations, transnational data flow and monetary policies are within the domain of the Federal government and all affect libraries throughout the world. The Federal role complements, without supplanting, the basic responsibilities of state and local governments and institutions to assure quality library and information service.

*\*The ALA Federal Legislative Policy, the product of an on-going revision, was adopted by Council in January, 1993. The entire text, from which the preceding is taken, is available online (PDF - 16 pgs), or may be ordered for free from the ALA Washington Office, 1615 New Hampshire Ave NW, 1st Floor, Washington DC 20009-2520, Phone : 202-628-8410, Toll Free Number: 1-800-941-8478.*

Sections of the ALA Federal Legislative Policy are:
- *The Federal Government's Role in Library and Information Services.*
- *Access to Information: Public Access to Federal Information:* Public Access to Federal Information; Depository Libraries; Sale of Government Information; Access to Unpublished and Classified Government Information; Equal Access to Library Services.
- *Intellectual Freedom.*
- *Federal Policies:* Postal Rates and Quality of Postal Service; Statistics; Taxation; Copyright; Preservation of Library Materials.
- *Federal Programs*: Federal Libraries: A National Resource; *Library of Congress;* Other National Libraries; Federal Libraries; Bibliographic and Reference Services; National Commission on Libraries and Information Science; U.S. Department of Education; National Archives and Records Administration; National Foundation on the Arts and the Humanities; Federal Support for State Library Agencies; Federal Aid to Libraries, Systems, Education Agencies and Institutions; School Library Media Centers; Technical, Professional and Vocational Institution Libraries; College and Research Libraries; Public Libraries; Youth Services; Services to People in Institutions; Federal Support for Library Facilities.
- *Information Technologies:* National Library and Information Networks; Technical Standards; Telecommunications and Broadcast Media.
- *Education, Research, and Personnel Education*: Education; Research; Personnel.
- *White House Conference on Library and Information Services*.
- *Equal Rights Amendment.*
- *International Programs*: United Nations; United Nations Educational, Scientific and Cultural Organization (UNESCO); International Exchange of Persons; International Flow of Publications; Florence Agreement; United States Libraries and Information Centers Abroad; International Copyright; International Postal Policy; Economic and Educational Development Programs.
- *Existing Federal Laws Affecting Librarians, Libraries and Their Users.*

## B.6. International Relations (Old Number 58)

### B.6.1 Policy Objectives (Old Number 58.1)
The ALA Charter states that the Association was formed "for the purpose of promoting library interest throughout the world by exchanging views, reaching conclusions and inducing cooperation in all departments of bibliothecal science and economy."The commitment in the area of international relations is carried out, in part, through the activities and programs of ALA's International Relations Office. The American Library Association establishes these objectives and responsibilities for its international relations programs:

1. To encourage the exchange, dissemination, and access to information and the unrestricted flow of library materials in all formats throughout the world (ALA Key Action Area: Equitable Access to Information and Library Services).
2. To promote and support human rights and intellectual freedom worldwide (ALA Key Action Area: Intellectual Freedom; ALA Key Action Area: Diversity)
3. To foster, promote, support and participate in the development of international standards relating to library and information services, including informational tools and technologies (ALA Key Action Area: Transforming Libraries).
4. To promote legislation and treaties that will strengthen library, information and telecommunications services worldwide (ALA Key Action Area: Transforming Libraries).
5. To encourage involvement of librarians, information specialists, and other library personnel in international library activities and in the development of solutions to library service problems that span national boundaries (ALA Key Action Area: Transforming Libraries).
6. To promote the education of librarians, information specialists, and other library personnel in such ways that they are knowledgeable about librarianship in the international context (ALA Key Action Area: Education and Lifelong Learning).
7. To promote public awareness of the importance of the role of librarians, libraries, and information services in national and international development (ALA Key Action Area: Advocacy for Libraries and the Profession).

*(See "Policy Reference File" for full text, including implementation: 1989-1990 CD #14 - PDF, 30 pgs)*

### B.6.2 Human Rights and Freedom of Expression (Old Number 58.4.1 for heading)

### B.6.2.1 Article 19 of the United Nations' Universal Declaration of Human Rights (Old Number 58.4)
Everyone has the right to freedom of opinion and expression; this right includes freedom to hold opinions without interference and to seek, receive and impart information and ideas through any media regardless of frontiers.

(See "Policy Reference File": 1990-1991CD#24and CD #76 - PDF, 3 pgs)

### B.6.2.2 Abridgment of the Rights of Freedom of Foreign Nationals (Old Number 58.3)
Threats to the freedom of expression of any person become threats to the freedom of all; therefore ALA adopts as policy the principles of Article 19 of the Universal Declaration of

Human Rights adopted by the United Nations General Assembly. The Association will address the grievances of foreign nationals where the infringement of their rights of free expression is clearly a matter in which all free people should show concern. Resolutions or other documents attesting to such grievances will be brought to the attention of the Executive Board and Council by the ALA International Relations Committee.

(See "Policy Reference File": Policy on Abridgment of the Rights of Freedom of Foreign Nationals and Freedom of Expression of Foreign Nationals; Abridgment of Human Rights in South Africa: 1985- 1986 CD #58 - PDF, 19 pgs)

### B.6.2.3 *ALA and IFLA* (Old Number 58.4.1—for policy language))
The ALA shall work with other associations and institutions that belong to IFLA to develop positions and programmatic plans of action in support of human rights and freedom of expression. The president or the member officially representing the Association at IFLA conferences shall be directed to support and carry them out; and, in the absence of such specific direction, the president or the member officially representing the Association at IFLA conferences is empowered to vote on new IFLA resolutions related to human rights and freedom. Their votes shall be guided by ALA's adoption of Article 19 of the Universal Declaration of Human Rights and the good of the Association.

(See "Policy Reference File": 1996-1997 CD #18.4 - PDF, 3 pgs)

### B.6.3 Selection of Consultants to Serve Abroad (Old Number 58.2)
The American Library Association, serving the public interest, assigns a high priority to the development of libraries, librarianship, and information services throughout the world. ALA reaffirms its continuing desire to foster international library development in all countries and, in return, hopes to continue to learn from its participation.

In response to requests for assistance from abroad, ALA must be able to recommend librarians and information specialists who are both highly qualified and sensitive to cultural and national differences. ALA will therefore apply its approved guidelines and criteria in recommending, nominating, and selecting international consultants.

(*See* "Policy Reference File" for full text and guidelines and criteria - PDF, 2 pgs)

### B.6.4 Rights of Librarians and Library Workers to Travel (Old Number 58.5)
The American Library Association affirms and supports the rights of librarians and library workers in or from the U.S. to travel to all countries in order to attend and participate in conferences, to purchase books and other library materials, to meet and develop working relationships with librarians, to develop gift and exchange programs, to pursue and establish ties with library and other professional associations and libraries, and to conduct educational and professional library-related activities. In addition, ALA affirms and supports the rights of librarians and library workers from outside the U.S. to travel to the U.S. and not be prohibited or impeded by U.S. government policies, to attend and participate in conferences, to purchase books and other library materials, to meet and develop working relationships with librarians

and library staff, to develop gift and exchange programs, to pursue and establish ties with library and other professional associations and libraries, and to conduct educational and professional library-related activities.

(*See* "Policy Reference File": Resolution on Rights of Librarians and Library Workers to Travel: 2005-2006 ALA CD# 18.2)

## B.7. Library Education (Old Number 56)

### B.7.1 Graduate Programs in Library and Information Studies (Old Number 56.1)
The American Library Association supports the provision of library services by professionally qualified personnel who have been educated in graduate programs within institutions of higher education. It is of vital importance that there be professional education available to meet the social needs and goals of library services. Therefore, the American Library Association supports the development and continuance of high quality graduate programs in library and information studies (LIS) of the quality, scope and availability necessary to prepare individuals in the broad profession of information dissemination.

The American Library Association supports education for the preparation of professionals in the field of library and information studies (LIS) as a university program at the master's level. LIS programs are central to a discipline that will continue to concern itself with the development of information literate citizens and to fill a necessary role in the information society of the next century. LIS education is currently challenged by dynamic changes in the society it serves and prepares students for a rapidly growing information profession that can extend well beyond the customarily defined parameters of libraries. It is undergirded by a growing research base that is diverse and draws upon a broad range of disciplines, and its faculty members are expected to translate their knowledge into improved library and information services.

(See "Policy Reference File": 1992-1993CD#13.1- PDF, 4 pgs)

### B.7.2 Affirmative Action (Old Number 56.2)
The American Library Association encourages ALA-accredited programs of library and information studies to continue to implement their affirmative action programs in admissions and in employment in the wake of the Bakke case decision by the Supreme Court.

(See "Goals for Inclusive and Culturally Competent Library and Information Services" [B.3.5] , " Standards of Accreditation in Library Education: Appeals Procedure"[B.7.4])

### B.7.3 Continuing Education (Old Number 56.3)
The American Library Association is committed to a national comprehensive long-range plan for continuing education to improve the quality of library service with appropriate support from ALA funds. Standards for libraries and library education and guidelines for services developed by any ALA unit should include a significant continuing education component where appropriate.