(See "Policy Reference File": Continuing Education.- PDF, 2 pgs)

### B.7.4 Standards of Accreditation in Library Education: Appeals Procedure (Old Number 55.4)

A graduate program in library and information studies may file a written appeal against any accreditation decision, by the Committee on Accreditation, which does not result in accreditation. Details regarding the appeals procedure shall be supplied to all programs participating in the accreditation process.

(See "Policy Reference File": Executive Board Appeal Procedure - PDF, 31 pgs)

## B.8. Services and Responsibilities of Libraries (Old Number 52)

### B.8.1 Literacy (Old Number 50.6)

### B.8.1.1 Literacy and State Library Agencies (Old Number 50.6.1)

The American Library Association supports the achievement of national literacy through educational activities utilizing the historical and cultural experience of libraries and librarians.

The American Library Association urges state library agencies to address the problems of illiteracy and give high priority to solutions in their short and long range plans for library development and use of federal and state funds.

### B.8.1.2 Literacy and the Role of Libraries (Old Number 50.6.2)

The American Library Association reaffirms and supports the principle that lifelong literacy is a basic right for all individuals in our society and is essential to the welfare of the nation. ALA advocates the achievement of national literacy through educational activities utilizing the historical and cultural experiences of libraries and librarians.

ALA confirms that libraries of all types, as appropriate to their mission, have the responsibility to make literacy a high priority in planning and budgeting for library services. As pioneer and equal partners in the national literacy movement, libraries will continue to take a strong leadership role and must join with other literacy providers to urge local, state, federal, and private agencies to promote active development of literacy on a policy level and to support funding of the literacy services in libraries.

### B.8.2 Service to Detention Facilities and Jails (Old Number 52.1)

The American Library Association encourages public libraries and systems to extend their services to residents of jails and other detention facilities within their taxing areas. ALA instructs its Association of Specialized and Cooperative Library Agencies in cooperation with the Public Library Association, The Association of Library Trustees, Advocates, Friends and Foundations, and other interested units to design a plan to assist public libraries in extending their services to local jails and detention facilities.

### B.8.3 Preservation (Old Number 52.2)

### B.8.3.1 Definition of Digital Preservation and the Revised Preservation Policy (Old Number 52.2.1)

Digital preservation combines policies, strategies and actions to ensure the accurate rendering of authenticated content over time, regardless of the challenges of media failure and technological change. Digital preservation applies to both born digital and reformatted content.

Publishers and distributors of content in digital form must address the usability and longevity of their electronic works. The Association encourages publishers to provide metadata that will facilitate the life cycle management of works in digital formats and to deposit digital works in repositories that provide for the long-term persistence and usability of digital content. The Association will work with the publishers to develop guidelines on digital preservation to help ensure that such information will not be lost when publishers can no longer retain and disseminate it. The Association encourages research on metadata, software, operating systems, and life cycle management techniques that may affect the preservation of digital works.

ALA affirms that the preservation of library resources protects the public's right to the free flow of information as embodied in the First Amendment to the Constitution and the *Library Bill of Rights*.

The Association supports the preservation of information disseminated and published in all media and formats. The Association affirms that the preservation of information content and information resources are central to libraries and librarianship.

The Association will actively support its Divisions and other organizations in developing preservation guidelines and best practices that may serve as catalysts for official national and international standards.

It is the Association's official position that publishers, information distributors and manufacturers have an obligation and responsibility to libraries and to the public to report appropriate information about the usability, durability and longevity of media. The Association strongly urges publishers to use paper and other media that meet standards promulgated by the American National Standards Institute (ANSI) and the International Standards Organization (ISO) for all publications of enduring value. Publishers should include a statement of compliance on the verso of the title page of a book or the masthead or copyright area of a periodical, and in catalogs, advertising, and bibliographic references.

The Association will engage in active education and public relations efforts to develop, promote, and publicize standards for the usability, durability, and longevity of information media; to engage both librarians and information producers in the preservation process; and to produce educational materials devoted to promoting the longevity of information resources. The federal government must provide leadership in developing an expansive and inclusive national preservation policy. The Association urges the federal and state government to take responsibility for the longevity of information that it publishes on paper, in microform, and in digital formats.

The Association, through its ALA Washington Office and its Legislation Agenda, will strongly support the efforts of librarians to increase Federal and state government funding for preservation programs.

The preservation of primary source documents is integral to our right to know about and understand ourselves and the communities in which we live. Libraries have an obligation (a) to inform donors, users, administrators, and local officials about the ephemeral nature of primary source materials, (b) to promote strategies for the proper care, handling, and storage of these materials, and (c) to recommend the use of durable media and methods of documentation.

(*See* "Policy Reference File" 2007-2008 CD#55, Resolution Adopting the Definition of Digital Preservation and the Revised Preservation Policy for the American Library Association.)

### B.8.3.2 Recycled Paper (Old Number 52.2.2)
The American Library Association urges all publishers, including the government, to use recycled paper for publications normally issued on nonpermanent paper and urges librarians to dispose of discarded paper so that it is available for recycling.

### B.8.4 School Library Media Programs (Old Number 52.2.3)

### B.8.4.1 Instruction in the Role of Libraries in Teacher Education (Old Number 52.3)
The American Library Association and the American Association of School Librarians Division recommend instruction in the role of libraries and the use of information resources as an integral part of all teacher education programs.

### B.8.4.2 The School Library Media Program (Old Number 52.3.1)
The purpose of the library media program is to ensure that students and staff are effective users of ideas and information. Within the program, the school library media specialist serves as an information specialist, teacher, and instructional consultant.

### B.8.4.3 School Library Media Programs: Materials Selection Policy Statements (Old Number 52.3.2)
The American Library Association recommends that every school district have a written materials selection policy-formally adopted by the school board that includes criteria and procedures for the selection and reconsideration of resources, following the principles of the Library Bill of Rights. The Association recommends that each school building have its own collection development plan that supplements the district selection policy and provides specific guidelines for developing the school's collection.

### B.8.5 Confidentiality of Library Records (Old Number 52.4)

### B.8.5.1 The Rights of Library Users and the USA PATRIOT Act (Old Number 52.4.1)
The American Library Association opposes any use of governmental power to suppress the free and open exchange of knowledge and information or to intimidate individuals exercising free inquiry. All librarians, library administrators, library governing bodies, and library advocates are encouraged to educate their users, staff, and communities about the process for compliance with the USA Patriot Act and other related measures and about the dangers to individual privacy and the confidentiality of library records resulting from those measures. (See "Policy Reference File" The USA PATRIOT Act and Related Measures That Infringe on the Rights of Library Users: 2002-2003 CD #20.1 - PDF, 8 pgs)

### B.8.5.2 Confidentiality of Personally Identifiable Information about Library Users (Old Number 52.4.2)
The American Library Association strongly recommends that the responsible officers of each library, cooperative system, and consortium in the United States:

1. Formally adopt a policy which specifically recognizes its circulation records and other records identifying the names of library users with specific materials to be confidential.
2. Advise all librarians and library employees that such records shall not be made available to any agency of state, federal, or local government except pursuant to such process,

order, or subpoena as may be authorized under the authority of, and pursuant to, federal, state, or local law relating to civil, criminal, or administrative discovery procedures or legislative investigatory power.
3. Resist the issuance or enforcement of any such process, order, or subpoena until such time as a proper showing of good cause has been made in a court of competent jurisdiction.

(See "Policy Reference File": Policy Concerning Confidentiality of Personally Identifiable Information About Library Users: 2003-04 CD#19.9 - PDF, 2 pgs)

## B.8.5.2.1. Protect Library User Confidentiality in Self-Service Hold Practices  (NEW)

ALA urges all libraries that implement self-service holds to protect patron identity by adopting practices and procedures that conceal the library user's personally identifiable information in connection with the materials being borrowed; and, urges libraries, librarians, and the responsible bodies of ALA to work with vendors to incorporate applications into integrated library systems that enable libraries to conceal a library user's identity in a cost-effective manner. Adopted AC 2011.
(See "Policy Reference File" Resolution to Protect Library User Confidentiality in Self-Service Hold Practices: 2010-2011 ALA CD#19.3-PDF, 4 pgs.)

## B.8.5.3 Immigrants' Rights to Free Public Library Access (Old Number 52.4.3)

The American Library Association in cooperation with REFORMA and other affiliates works to inform and educate public libraries and member constituents about alternate forms of identification that will encourage the use of free public library services by all immigrant populations.

(See "Policy Reference File": Resolution in Support of Immigrants' Rights to Free Public Library Access. 2004-2005 ALA CD #65 - PDF, 1 pg)

## B.8.5.4 Retention of Library Records (Old Number 52.4.4)

ALA urges all libraries to:
- limit the degree to which personally identifiable information is collected, monitored, disclosed, and distributed;
- avoid creating unnecessary records;
- limit access to personally identifiable information to staff performing authorized functions;
- dispose of library usage records containing personally identifiable information unless they are needed for the efficient and lawful operation of the library, including, but not limited to data-related logs, digital records, vendor-collected data, and system backups;
- ensure that the library work with its organization's information technology unit to ensure that library usage records processed or held by the IT unit are treated in accordance with library records policies;

- ensure that those records that must be retained are secure;
- avoid library practices and procedures that place personally identifiable information on public view;
- assure that vendor agreements guarantee library control of all data and records; and
- conduct an annual privacy audit to ensure that information processing procedures meet privacy requirements by examining how information about library users and employees is collected, stored, shared, used, and destroyed.

ALA also urges all libraries and the library community to:

- adopt or update a privacy policy protecting users' personally identifiable information;
- communicate to library users how their information is used;
- explain the limited circumstances under which personally identifiable information could be disclosed; and
- advocate that records retention laws and regulations limit retention of library usage records containing personally identifiable information to the time needed for efficient operation of the library.

### B.8.5.5 Support of Immigrant Rights (Old Number 52.4.5)

ALA strongly supports the protection of each person's civil liberties, regardless of that individual's nationality, residency, or status; and that ALA opposes any legislation that infringes on the rights of anyone in the USA or its territories, citizens or otherwise, to use library resources, programs, and services on national, state, and local levels.

### B.8.6 Library Services for Youth (Old Number 52.5)

### B.8.6.1 Youth Services (Old Number 52.5.1)

The American Library Association recognizes that the future of libraries and of society itself depends upon the preparedness of youth to carry adult responsibilities for business, government, parenthood and other leadership. Children and young adults cannot fulfill their potential or that of society without high quality library opportunities through both public and school libraries. ALA is committed to the support and development of resources and services for children and young adults through both school and public libraries.

### B.8.6.2 Sex Education Materials in Libraries (Old Number 52.5.2)

ALA affirms the right of youth to comprehensive, sex-related education, materials, programs, and referral services of the highest quality; affirms the active role of librarians in providing such; and urges librarians and library educators to reexamine existing policies and practices and assume a leadership role in seeing that information is available for children and adolescents, parents, and youth-serving professionals.

### B.8.6.3 Selective Service Information in Libraries (Old Number 52.5.3)

Librarians should have available information on the full range of alternatives within and without the military services for those young persons who are facing the prospect of conscription.

### B.8.7 Instruction in the Use of Libraries (Old Number 52.6)

In order to assist individuals in the independent information retrieval process basic to daily living in a democratic society, the American Library Association encourages all libraries to

include instruction in the use of libraries as one of the primary goals of service. Libraries of all types share the responsibility to educate users in successful information location, beginning with their childhood years and continuing the education process throughout their years of professional and personal growth.

### B.8.8 Privatization of Publicly Funded Libraries (Old Number 52.7)

ALA affirms that publicly funded libraries should remain directly accountable to the public they serve. Therefore, the American Library Association opposes the shifting of policy making and management oversight of library services from the public to the private for-profit sector.

### B.8.9 Disinformation, Media Manipulation and the Destruction of Public Information (Old Number 52.8)

The ALA opposes the use by government of disinformation, media manipulation, the destruction and excision of public information, and other such tactics, and ALA encourages its members to help raise public consciousness regarding the many ways in which disinformation and media manipulation are being used to mislead public opinion in all spheres of life, and encourages librarians to facilitate this awareness with collection development, library programming and public outreach that draws the public's attention to those alternative sources of information dedicated to countering and revealing the disinformation often purveyed by the mainstream media.

(See "Policy Reference File": Resolution on Disinformation. Media Manipulation and The Destruction of Public Information. 2004-2005 ALA CD #64 - PDF, 6 pgs)

### B.8.10 Library Services to the Poor (Old Number 61)

The American Library Association promotes equal access to information for all persons, and recognizes the urgent need to respond to the increasing number of poor children, adults, and families in America. These people are affected by a combination of limitations, including illiteracy, illness, social isolation, homelessness, hunger, and discrimination, which hamper the effectiveness of traditional library services. Therefore it is crucial that libraries recognize their role in enabling poor people to participate fully in a democratic society, by utilizing a wide variety of available resources and strategies. Concrete programs of training and development are needed to sensitize and prepare library staff to identify poor people's needs and deliver relevant services. And within the American Library Association the coordinating mechanisms of programs and activities dealing with poor people in various divisions, offices, and units should be strengthened, and support for low-income liaison activities should be enhanced.

### B.8.10.1 Policy Objectives (Old Number 61.1)

The American Library Association shall implement these objectives by:

1. Promoting the removal of all barriers to library and information services, particularly fees and overdue charges.
2. Promoting the publication, production, purchase, and ready accessibility of print and non-print materials that honestly address the issues of poverty and homelessness, that deal with poor people in a respectful way, and that are of practical use to low-income patrons.

3. Promoting full, stable, and ongoing funding for existing legislative programs in support to flow income services and for pro-active library programs that reach beyond traditional service-sites to poor children, adults, and families.
4. Promoting training opportunities for librarians, in order to teach effective techniques for generating public funding to upgrade library services to poor people.
5. Promoting the incorporation of low-income programs and services into regular library budgets in all types of libraries, rather than the tendency to support these projects solely with "soft money" like private or federal grants.
6. Promoting equity in funding adequate library services for poor people in terms of materials, facilities, and equipment.
7. Promoting supplemental support for library resources for and about low-income populations by urging local, state, and federal governments, and the private sector, to provide adequate funding.
8. Promoting increased public awareness through programs, displays, bibliographies, and publicity of the importance of poverty related library resources and services in all segments of society.
9. Promoting the determination of output measures through the encouragement of community needs assessments, giving special emphasis to assessing the need so low-income people and involving both anti-poverty advocates and poor people themselves in such assessments.
10. Promoting direct representation of poor people and anti-poverty advocates through appointment to local boards and creation of local advisory committees on service to low-income people, such appointments to include library paid transportation and stipends.
11. Promoting training to sensitize library staff to issues affecting poor people and to attitudinal and other barriers that hinder poor people's use of libraries.
12. Promoting networking and cooperation between libraries and other agencies, organizations, and advocacy groups in order to develop programs and services that effectively reach poor people.
13. Promoting the implementation of an expanded federal low-income housing program, national health insurance, full-employment policy, living minimum wage and welfare payments, affordable daycare, and programs likely to reduce, if not eliminate, poverty itself.
14. Promoting among library staff the collection of food and clothing donations, volunteering personal time to antipoverty activities and contributing money to direct-aid organizations.
15. Promoting related efforts concerning minorities and women, since these groups are disproportionately represented among poor people.

### B.8.11 The Role of Libraries in Providing E-Government and Emergency Services (Old Number 50.16)

The American Library Association urges governments at all levels to acknowledge and support the essential role local libraries play in providing e-government and emergency response/recovery services, and to include libraries in relevant legislative or other policy

actions. The American Library Association also encourages continued research documenting library needs and capacity to provide effective e-government and emergency response/recovery services, and help libraries develop best practices and train staff to deliver these essential services.

## B.9 Library Personnel Practices (Old Number 54)

### B.9.1 Library and Information Studies and Human Resource Utilization: A Statement of Policy (Old Number 54.1)
To meet the goals of library service, both professional and supportive staff are needed in libraries. Thus, the library occupation is much broader than that segment of it which is the library profession, but the library profession has responsibility for defining the training and education required for the preparation of personnel who work in libraries at any level, supportive or professional.

Skills other than those of library and information studies also have an important contribution to make to the achievement of superior library service. There should be equal recognition in both the professional and supportive ranks for those individuals whose expertise contributes to the effective performance of the library.

The title "Librarian" carries with it the connotation of "professional" in the sense that professional tasks are those which require a special background and education.

(See "Policy Reference File": ALA Library and Information Studies Education and Human Resource Utilization: A Statement of Policy 2001-2002 CD #3 - PDF, 23 pgs).

### B.9.2 Librarians: Appropriate Degrees (Old Number 54.2)
The master's degree from a program accredited by the American Library Association (or from a master's level program in library and information studies accredited or recognized by the appropriate national body of another country) is the appropriate professional degree for librarians.

(See "Policy Reference File": Historical Note on the Use of Terminology Pertaining to Degree Programs Accredited by the American Library Association - PDF, 4 pgs).

### B.9.2.1 Academic Librarians (Old Number 54.2.1)
The master's degree in library and information studies from a library school program accredited by the American Library Association is the appropriate terminal professional degree for academic librarians.

### B.9.2.2 School Librarians (OLD NUMBER #54.2.2)
The master's degree in library and information studies from a program accredited by the American Library Association or a master's degree with a specialty in school librarianship from an ALA/AASL Nationally Recognized program in an educational unit accredited by the Council

for the Accreditation of Educator Preparation is the appropriate first professional degree for school librarians.

(Adopted July 11, 1988, by ALA Council; revised 2008, MW2013.)

### B.9.3 Equal Employment Opportunity (Old Number 54.3)
The American Library Association is committed to equality of opportunity for all library employees or applicants for employment, regardless of race, color, creed, sex, sexual orientation, gender identity or expression, age, disability, individual life-style, or national origin: and believes that hiring individuals with disabilities in all types of libraries is consistent with good personnel and management practices.

## B.9.3.1 Affirmative Action Plans (Old Number 54.3.1)

Member libraries and library schools with 15 or more staff shall formulate written affirmative action plans and shall submit these plans to HRDR for review.

### B.9.3.2 Library Services for People with Disabilities (Old Number 54.3.2)

The American Library Association recognizes that people with disabilities are a large and neglected minority in the community and are severely under-represented in the library profession. Disabilities cause many personal challenges. In addition, many people with disabilities face economic inequity, illiteracy, cultural isolation, and discrimination in education, employment and the broad range of societal activities.

Libraries play a catalytic role in the lives of people with disabilities by facilitating their full participation in society. Libraries should use strategies based upon the principles of universal design to ensure that library policy, resources and services meet the needs of all people.

ALA, through its divisions, offices and units and through collaborations with outside associations and agencies, is dedicated to eradicating inequities and improving attitudes toward and services and opportunities for people with disabilities.

For the purposes of this policy, "must" means "mandated by law and/or within ALA's control" and "should" means "it is strongly recommended that libraries make every effort to . . ." Please see http://www.ala.org/ascla/asclaissues/libraryservices for the complete text of the policy, which includes explanatory examples.

1. The Scope of Disability Law. Providing equitable access for persons with disabilities to library facilities and services is required by Section 504 of the Rehabilitation Act of 1973, applicable state and local statutes, and the Americans with Disabilities Act of 1990 (ADA).
2. Library Services. Libraries must not discriminate against individuals with disabilities and shall ensure that individuals with disabilities have equal access to library resources. Libraries should include persons with disabilities as participants in the planning, implementing, and evaluating of library services, programs, and facilities.
3. Facilities. The ADA requires that both architectural barriers in existing facilities and communication barriers that are structural in nature be removed as long as such removal is "readily achievable." (i.e., easily accomplished and able to be carried out without much difficulty or expense.)
4. Collections. Library materials must be accessible to all patrons including people with disabilities. Materials must be available to individuals with disabilities in a variety of formats and with accommodations, as long as the modified formats and accommodations are "reasonable," do not "fundamentally alter" the library's services, and do not place an "undue burden" on the library. Within the framework of the library's mission and collection policies, public, school, and academic library collections should include materials with accurate and up-to-date information on the spectrum of disabilities,

disability issues, and services for people with disabilities, their families, and other concerned persons.

5. Assistive Technology. Well-planned technological solutions and access points, based on the concepts of universal design, are essential for effective use of information and other library services by all people. Libraries should work with people with disabilities, agencies, organizations and vendors to integrate assistive technology into their facilities and services to meet the needs of people with a broad range of disabilities, including learning, mobility, sensory and developmental disabilities. Library staff should be aware of how available technologies address disabilities and know how to assist all users with library technology.

6. Employment. ALA must work with employers in the public and private sectors to recruit people with disabilities into the library profession, first into library schools and then into employment at all levels within the profession. Libraries must provide reasonable accommodations for qualified individuals with disabilities unless the library can show that the accommodations would impose an "undue hardship" on its operations. Libraries must also ensure that their policies and procedures are consistent with the ADA and other laws.

7. Library Education, Training and Professional Development. All graduate programs in library and information studies should require students to learn about accessibility issues, assistive technology, the needs of people with disabilities both as users and employees, and laws applicable to the rights of people with disabilities as they impact library services. Libraries should provide training opportunities for all library employees and volunteers in order to sensitize them to issues affecting people with disabilities and to teach effective techniques for providing services for users with disabilities and for working with colleagues with disabilities.

8. ALA Conferences. ALA conferences held at facilities that are "public accommodations" (e.g. hotels and convention centers) must be accessible to participants with disabilities. The association and its staff, members, exhibitors, and hospitality industry agents must consider the needs of conference participants with disabilities in the selection, planning, and layout of all conference facilities, especially meeting rooms and exhibit areas. ALA Conference Services Office and division offices offering conferences must make every effort to provide accessible accommodations as requested by individuals with special needs or alternative accessible arrangements must be made. Conference programs and meetings focusing on the needs of, services to, or of particular interest to people with disabilities should have priority for central meeting locations in the convention/conference center or official conference hotels.

9. ALA Publications and Communications. All ALA publications, including books, journals, and correspondence, must be available in alternative formats including electronic text. The ALA website must conform to the currently accepted guidelines for accessibility, such as those issued by the World Wide Web Consortium.

(See "Policy Reference File": Library Services for People with Disabilities Policy, 2000-2001 CD #24 - PDF, 20 pgs)

## B.9.4 Comparable Rewards (Old Number 54.4)
The American Library Association supports salary administration which gives reasonable and comparable recognition to positions having administrative, technical, subject, and linguistic requirements. It is recognized that all such specialist competencies can be intellectually vigorous and meet demanding professional operational needs. In administering such a policy, it can be a useful guide that, in major libraries, as many non-administrative specialties be assigned to the top classifications as are administrative staff. Whenever possible there should be as many at the top rank with less than 30 percent administrative load as there are at the highest rank carrying over 70 percent administrative load.

## B.9.5 Faculty Status of College and University Librarians (Old Number 54.5)
The intellectual contributions made by academic librarians to the teaching, research, and service mission of their colleges and universities merit the granting of faculty status. Faculty status for librarians should entail the same rights and responsibilities granted to and required of other members of the faculty.

## B.9.6 Security of Employment for Library Employees (Old Number 54.6)
Security of employment means that, following the satisfactory completion of a probationary period, the employment of a library employee under permanent appointment* carries with it an institutional commitment to continuous employment. Job competence, in accordance with the aims and objectives of the library, should be the criterion for acceptable performance for a library employee with permanent appointment. Library employees shall not be terminated without adequate cause and then only after being accorded due process.

----------------------

*Permanent appointment in different types of libraries is variously called tenure, continuous appointment, career service, regular contract, etc.

Employing anyone for successive, limited periods with the intent to avoid the granting of permanent appointment is deemed unethical.

----------------------

Security of employment, as an elementary right, guarantees specifically

1. Intellectual freedom, defined as freedom to assume the responsibility placed upon a person by a democratic society to educate oneself and to improve one's ability to participate usefully in activities in which one is involved as a citizen of the United States and of the world, and institutional adherence to the Library Bill of Rights.
2. Appointments and promotions based solely on merit without interference from political, economic, religious, or other groups.
3. A sufficient degree of economic security to make employment in the library attractive to men and women of ability.
4. The opportunity for the library employee to work without fear of undue interference or dismissal and freedom from discharge for racial, political, religious, or other unjust reasons.

**B.9.7 Inclusiveness and Mutual Respect (Old Number 54.7)**
The American Library Association values, respects, and welcomes the contributions and participation of all library workers. ALA actively promotes inclusiveness within the Association and communicates images and information about all types of library careers. ALA provides services and developmental opportunities for all library workers.

The American Library Association affirms the importance of inclusiveness and mutual respect as essential for employee productivity, morale, and learning. Library employers that have developed respectful organizational cultures with inclusive language and developmental opportunities for all library workers should be recognized as models for others.

(See "Policy Reference File": ALA Policy on Inclusiveness and Mutual Respect, 2004-2005 ALA CD#49 - PDF, 4 pgs)

**B.9.8  The Library's Pay Plan (Old Number 54.8)**
In order to assure equal pay for equal work, libraries should have a well-constructed and well-administered pay plan based on systematic analysis and evaluation of jobs in the library.

(See "Policy Reference File": The Library's Pay Plan: A Public Policy Statement. - PDF, 4 pgs)

**B.9.9 Permanent Part-Time Employment (Old Number 54.9)**
The right to earn a living includes a right to part-time employment on a par with full-time employment, including prorated pay and fringe benefits, opportunity for advancement and protection of tenure, access to middle-and upper-level jobs, and exercise of full responsibilities at any level.

ALA shall create more voluntarily chosen upgraded permanent part-time jobs in its own organization and supports similar action on the part of all libraries.

**B.9.10 Equal Opportunity and Salaries (Old Number 54.10)**
The American Library Association supports and works for the achievement of equal salaries and opportunity for employment and promotion for men and women.

The Association fully supports the concept of comparable wages for comparable work that aims at levels of pay for female-oriented occupations equal to those of male-oriented occupations; ALA therefore supports all legal and legislative efforts to achieve wages for library workers commensurate with wages in other occupations with similar qualifications, training, and responsibilities.

ALA particularly supports the efforts of those library workers who have documented, and are legally challenging, the practice of discriminatory salaries, and whose success will benefit all library workers throughout the nation.

### B.9.11 Collective Bargaining (Old Number 54.11)
The American Library Association recognizes the principle of collective bargaining as one of the methods of conducting labor-management relations used by private and public institutions. The Association affirms the right of eligible library employees to organize and bargain collectively with their employers, or to refrain from organizing and bargaining collectively, without fear of reprisal.

(See "Policy Reference File": Collective Bargaining, Statement of Guidelines. - PDF, 2 pgs)

### B.9.12 Residency and Citizenship Requirements (Old Number 54.12)
The American Library Association is opposed to any rule, regulation or practice, imposing as a condition of new or continued employment in any library, a requirement of residence or U.S. citizenship except where a demonstrable danger to national security is involved.

### B.9.13 Drug Testing (Old Number 54.13)
The American Library Association opposes mandatory drug testing of library employees and advocates employee assistance programs as the best way for library employers to respond to performance deficiencies due to drug use.

(See "Policy Reference File": 1987-88 CD #61 - PDF, 1 pg)

### B.9.14 Information and Referral Services (Old Number 54.14)
ALA provides, through its offices, divisions, round tables, and committees, information and referral services regarding tenure, status, fair employment practices (including discrimination and sexual harassment), and the principles of intellectual freedom as set forth in policies adopted by Council.

### B.9.15 Institutional Support of ALA Members to Attend ALA Conferences (Old Number 54.15)
The American Library Association supports the principle of giving preference, in libraries, to members of ALA in providing financial support and administrative leave to attend ALA Conferences. ALA supports encouraging staff in both administrative and nonadministrative positions in libraries to attend the annual ALA Conference.

### B.9.16 Gay, Lesbian, Bisexual, and Transgender Rights (Old Number 54.16)
The American Library Association supports equal employment opportunity for gay, lesbian, and transgender librarians and library workers.  (See "Policy Reference File." A Resolution Reaffirming Equal Employment Opportunity for Gay, Lesbian, Bisexual and Transgender Librarians and Library Workers, 2010-2011 ALA CD#43) (See also B.9.3)

### B.9.17 Advertising Salary Ranges (Old Number 54.17)
Available salary ranges shall be given for positions listed in any placement services provided by ALA and its units. A regional salary guide delineating the latest minimum salary figures recommended by state library associations shall be made available from any placement services provided by ALA and its units.

All ALA and unit publications printing classified job advertisements shall list the salary ranges established for open positions where available and shall include a regional salary guide delineating the latest minimum salary figures recommended by state library associations for library positions.

### B.9.18 Reproduction of Noncommercial Educational and Scholarly Journals (Old Number 54.18)

ALA encourages authors writing primarily for purposes of educational advancement and scholarship to reserve to themselves licensing and reproduction rights to their own works in the publishing contracts they sign.

ALA, in cooperation with other educational organizations, urges publishers to adopt and include in their journals or similar publications a notice of a policy for the noncommercial reproduction of their materials for educational and scholarly purposes.

### B.9.19 AIDS Screening (Old Number 54.19)

The American Library Association opposes mandatory AIDS screening of library employees and advocates employee assistance programs as the best way for library employers to respond to performance deficiencies related to [such illness as] AIDS and AIDS-Related Complex (ARC).

(See "Policy Reference File": 1988-89 CD #22. - PDF, 1 pg)

### B.9.20 Comprehensive Health Care (Old Number 54.20)

ALA recognizes the importance of comprehensive health care for all Americans and its impact on libraries.

ALA encourages that that potential employers specify explicitly in their job announces in ALA publications or website whether or not they provide domestic partner benefits by means of appending one of the following two phrases; 'Domestic-partner benefits are not offered by this institution' or 'Domestic-partner benefits are offered by this institution.'

ALA urges other publishers and providers to encourage potential employers to specify explicitly in their job announcements whether or not they provide domestic partner benefits by means of appending one of the following two phrases: 'Domestic-partner benefits are not offered by this institution' or 'Domestic-partner benefits are offered by this institution'. Adopted 2005. Amended 2010

(See"Policy Reference File": Clarification within Job Listings as to the Presence or Absence of Domestic Partner Benefits, ALA CD#35)

### B.9.21 Workplace Speech (Old Number 54.21)

Libraries should encourage discussion among library workers, including library administrators, of non-confidential professional and policy matters about the operation of the library and matters of public concern within the framework of applicable laws.

(See "Policy Reference File": Resolution on Workplace Speech, 2004-2005 ALA CD#38.1 - PDF, 1 pg)

## B.10 Research and Statistics (Old Number 57)

The American Library Association recognizes the need to continuously build and strengthen the knowledge base upon which library services and the library profession depend. Basic and applied research in the field of library and information studies, as well as research results in related disciplines will, in large measure, shape library and information services and the nature of the library profession in the future. Statistics are a necessary foundation for many kinds of research, as well as for policy and planning. Through its Office for Research and Statistics (ORS), as well as through related groups in its membership units, ALA strives to reach ALA's goals in the areas of research and statistics.

In order to reach these goals:

- ALA defines and identifies priority research areas;
- stimulates and promotes the funding required to conduct research;
- cooperates with library education research programs;
- coordinates with other institutions and associations implementing the profession's research agenda;
- stimulates discussion of research methodologies;
- proposes programs designed to improve the quality, quantity, and impact of research;
- promotes the role, importance, and necessity of research.

In addition, the Association performs and supports research and participates in cooperative research activities related to those research areas and topics identified as Association priorities.

(See "Policy Reference File": Research and Statistics Policy Statement: 1993-1994 CD #41 Revised - PDF, 1 pg)

## B.11 Public Relations (Old Number 59)

### B.11.1 Policy Objectives (Old Number 59.1)

Through public information programs, and through its publications and membership activities, the ALA seeks to:
- keep the American public aware of libraries,
- encourage greater use of libraries, and
- stimulate citizen support of libraries.

It is ALA's policy to engage in public information programs that are primarily national in scope, that benefit all types of libraries and their constituents, and that, in turn, inspire local or special libraries to engage in promotion and education activities in their own communities.

Through its Public Information Office, ALA will maintain a close relationship with the library press, both national and international, and sustain a steady flow of information about the organization and its activities, as well as major developments affecting the library profession.

Through its Washington Office, ALA seeks to inform and educate the United States legislature and the various federal agencies about events generally, and legislation specifically, which influence library-related activities.
(See "Policy Reference File" for full statement. - PDF, 3 pgs)

### B.11.2 Public Information Office Responsibility (Old Number 59.2)
The responsibility for implementing national public information programs and for coordinating ALA contact with the national and international media outlets rests with the Public Information Office of the Association with support from other, appropriate ALA and related groups.

### B.11.3 National Library Symbol (Old Number 50.13)
The American Library Association endorses the symbol recommended by the ALA President's Task Force and promotes its use.



▷ ×

# Houston Heights library debut:
# Queen Storytime'

A local drag queen read to children during storytime at
Wednesday as part of a new event being held at Houst
year.

HOUSTON – The Heights Branch of the Houston Public Library debuted a
Queen Storytime.

Local drag queen, Blackberri, spent an hour reading books to a room full

"I grew up with a lot of kids around me. I like to break the stigma of drag a
to get everyone happy and excited, not scared about things that are differ

Progressive

## Cowboy Boot Lovers Are Going Crazy Over This New Brand
Tecovas

## The 20 Worst Failed Restaurant Chains That Nobody Misse
Definition

## These SUVs Are The Cream Of The Crop
SUVs | Sponsored Links

## Tori Roloff Has Confirmed Very Sad Family News
DailyChoices

## Seeing Double - 10 Celebrities You Didn't Know Were Twin:
ItsTheVibe

## 22 of the Best "One Hit Wonder" Songs of All Time
History By Day

## The Number 1 Reason Banks Don't Recommend Reverse M
NewRetirement

## Family Who Saved A Defenseless Baby Squirrel Gets A Hu
Activly.com

## Plastic Surgeon Reveals: "You Can Fill In Wrinkles At Hom
Beverly Hills MD

## Medical Alert Systems Covered By Medicare Might Surpris
Medical Alert | Search Ads

## We Tried HelloFresh: Here's What Happened
Popdust for HelloFresh

## How Much Should an Engagement Ring Cost?
Brilliant Earth

## You Will Not Believe Macy's Deals for Thursday
Macy's

## Hilarious Walmart Photos That Will Make You Laugh Out Lo

**WEATHER ALERT** Flood Warning

Orbit Pumpkin-Shaped Dip Server, 9
13/16in.H x 6 15/16in.W x 5 1/2in.D,
Orange
**$24.99**
Shop Now

SOCIETY

# 'TO SCANDALIZE CHILDREN IS A SIN': Protesters g during drag queen story time event

SHARE        TWEET        SHARE        EMAIL

00:00
visit sponsor's site

WATCH LIVE

menu

EMBED </>    MORE VIDEOS

An event in which local drag queens read to the children took place at the Fred-Montrose Neighborhood library Saturday aft

The event also featured a musical number, a photo booth, and various activities for families.

According to organizers, the program is aimed to provide children with positive and unabashedly queer role models.

**Report a Typo**

**Related Topics:**

society    lgbt    lgbtq    story time    libraries    children    Houston

SHARE         TWEET          SHARE          EMAIL

(Copyright ©2018 KTRK-TV. All Rights Reserved.)

▷

USPS FOREVER ST...       Orbit Pumpkin-Sh...       Office Snax Soft C...

WorkPro Quantu...       Purell Professional...       The Andersen Co...

Colombina Candy ...       Rachael Ray Unive...       Zulu DJ Software, ...

Brenton Studio Ru...       Serta Smart Layers...       Sparco Stak-A-File ...

SanDisk Cruzer Gli...       Office Depot Bran...       Hammermill Pape...

# RECOMMENDED

Get a behind-the-

Recommended by |

# MORE FROM HOUSTON

 Residents in north Houston upset over no electricity

 Turn to Ted: Neighborhood fighting giant weeds in city-owned ditch

 Father celebrates 're-birthdays' for organ donor son who died 4 years ago

 Wheatley High School students walk out to protest the transfer of assistant principal

Powered by hoodline 

# TOP STORIES

 DAD FOUND: ABC13 finds family of boy left on stranger's porch
Updated 44 mins ago

 'Nothing against him' Jose Altuve doesn't blame fan for call

 Fan at center of controversial call: 'They should've stepped up'

 Astros on brink of elimination after tough Game 4 loss

'NOT HIS FAULT' Family concerned for Astros fan's safety
Updated 1 hr 12 mins ago

5 infamous fan interference cases in MLB history
Updated 53 mins ago

BBQ restaurant offers Astros fan free food

| | | | | |
|---|---|---|---|---|
| AccuWeather | Southwest | SkyDrone 13 | ABC13 News Team | |
| Traffic | Southeast | Stretch Your Dollar | TV Listings | |
| Video | Northwest | Sports | Careers | Search Our Site |
| Photos | Northeast | Ted Oberg Investigates | Enter to Win | |
| Apps | | Politics | Your photos and videos | Follow Us |

Privacy Policy   Children's Privacy Policy   Your California Privacy Rights   Terms of Use   Interest-Based Ads   Public Inspection File
Copyright © 2018 ABC Inc., KTRK-TV Houston. All Rights Reserved.
49em/784px



**How I**





**Up Ne**

— 0:08

## Your hard-earned tax dollars at work: Drag…

**Like**     **Comment**     **Share** 

 **Harris County Republican Party**    Follow

51     20 Comments     33 Shares

2.1K Views · about 3 months ago · Houston ·

City of Houston Public Library hosts "Drag Queen Storytime".

Your tax dollars at work.

Video via KHOU 11 news.

**LOCAL // TEXAS NEWS**

# Houston: Drag Queen Story Hour featured at public library

**By ANA GONI-LESSAN, Houston Chronicle**

Sep. 26, 2018      Updated: Sep. 26, 2018 11:10 a.m.



This Sept. 23, 2018 photo shows Tatiana Mala-Nina before a performance at Rich's Houston in Houston. Mala-Nina is
to read at an upcoming "Drag Queen Storytime" event at the Freed-Montrose Neighborhood Library. (Melissa Phillip,
Chronicle via AP)

Photo: Melissa Phillip, AP

HOUSTON (AP) — Tatiana Mala-Niña says good entertainers know their audience.

The Houston Chronicle reports so when the 31-year-old drag queen reads to children at the Free
Neighborhood Library, she brings all the shiny glitz and glamour to satisfy their curiosity.

"It helps me get in touch with my inner child and just have fun with what I do," she said. "We're bi dolls."

Protesters are again expected at the local chapter's first-anniversary event Saturday at the Freed Neighborhood Library, part of the Houston Public Library system.

The one-year anniversary will feature five drag queens, a musical number, a photo booth and oth for families, organizers said.

Mala-Niña plans to wear a large yellow gown and channel Glinda the Good Witch to perform "Po the musical "Wicked."

She's not sure how she will ignore protesters, if they attend.

"I really hope the people that hate what we do and hate that we're trying to do something nice fo community don't win," she said. "We're not getting paid for it. We're waking up early, slapping on of makeup and performing for kids."

The protests have sparked support for story time in some communities, said Trent Lira, organize event. LGBTQ groups such as PFLAG have offered help, and Lira is working with the Houston Pul system to start events at other libraries in the greater Houston next year.

"We're slowly making a difference," he said.

———

Information from: Houston Chronicle, http://www.houstonchronicle.com

This is an AP Member Exchange shared by the Houston Chronicle

©2018 Hearst

# HoustonPress

**$50**



**RECOMMENDED**

- *Swimming while*
- Disney Princesse
  In Town At Houst

...rri will bring her vibrant look and humor to the Freed-Montrose Neighborhood Library for a new program ...rag Queen Storytime.

**Photo by ASOVPhotography/Angelo S. Ortiz Vela**

# ...brary Storytime Adds
# ...mbourines, Cowbell, Drag
# ...ueens (POSTPONED)

Youth Services Manager for the library Kallie Benes says, "The goal of the program is to instill a sense of love and acceptance in our children and encourage them to be true to themselves.

As the title suggests, it involves drag queens reading stories and participating in activities with a group of children and their caretakers.

ADVERTISING



 Replay

Other cities have been hosting events of this type in California and New York for a while, and Houston recently caught the trend. Brazos Bookstore hosted a similar reading in June as part of a Pride Month celebration, with local drag entertainer Blackberri as the instructor.

The events benefit children's understanding and acceptance of the people around them, as Blackberri sees it. "Not everything is black and white. It opens children's eyes and helps fight ignorance," she says.

Now, it's growing into a larger, monthly presence with the Houston Public Library. Blackberri will reprise her role as a reader alongside another entertainer, Tatiana Mala-Niña.

"One of our staff members was presented [this idea] in an outreach program, and so we followed up, and they were



Tatiana Mala-Niña is one of the guest readers who will entertain children and their caretakers during Drag Queen Storytime.

**Photo by Joe Michael McKinney**

For a city as diverse as Houston, it would be expected that some people would welcome Drag Queen Storytime while others would frown upon it, yet Benes has only heard positive reaction so far now that news is starting to spread about the activity.

"At this point, I haven't received any criticism. I've heard positive things through word of mouth," she says. "I think it will have a huge following and be hugely successful as it has been in other cities."

Plus, Benes says it's a guaranteed fun experience for all ages. At this weekend's Drag Queen Storytime, Mala-Niña and Blackberri will read *Chrysanthemum* and *I'm Absolutely Too Small For School*. They'll also lead a group sing-along to The White Stripes' "We're Gonna Be Friends," among other songs, using a cowbell and tambourine to teach children about rhythm.

"Looking at the titles, I don't know how someone won't enjoy us," says Benes. "There will certainly be songs and titles that will get the crowd engaged."

Expectedly, the readers will look bright and colorful, and attendees are encouraged to come dressed up for the occasion



*Drag Queen Storytime is schedule from 1-1:45 p.m. on the last Saturday of every month through January 27 at the Freed-Montrose Neighborhood Library, 4100 Montrose. All ages are welcome. Free.*



**Sam Byrd** is a freelance contributor to the *Houston Press* who loves to take in all of Houston's sights, sounds, food and fun. He also loves helping others to discover Houston's rich culture.

## OMMENDED FOR YOU

*Powered by SailThru*

'S Eases on Down the Road
h a New Production of *The
z*

;eer or Laughter the Best
dicine? Try Both, Says Dr.
na Lepeley

et Master of Horror Mick
rris At *Horrorthon 4* This
iday

iews For The Easily
tracted:
;t Man

# UPCOMING EVENTS

**The Phantom of the Opera**

Sat., Nov. 17, 2:00pm   TICKETS

**EnParejaDos - con Adrian Ur...**

Sat., Nov. 17, 7:00pm   TICKETS

**Lil Duval**

Wed., Nov. 21,          TICKETS
8:30pm

**"Magnolia City"**

Sun., Nov. 4, 6:00pm    TICKETS

**Thunder From Down Under**

Wed., Nov. 28,          TICKETS
7:00pm

**Rock of Ages (Touring)**

Fri., Nov. 30, 8:00pm   TICKETS

**The Price is Right Live!**

Thu., Dec. 6, 8:00pm    TICKETS

**Brian Regan**

Fri., Dec. 7, 7:00pm    TICKETS

See More >>


MADE
21 FCCINCS SPA          $99      GET STARTED ▶

dy for a new version of *The Wiz*.                              **Photo courtesy of TUTS**

# JTS Eases on Down the Road With New Production of *The Wiz*

**:GARET DOWNING | OCTOBER 18, 2018 | 7:00AM**

It is a retelling of a classic story, set in modern African-American culture that for many people is as important as its origin material. It's Dorothy and Toto and Auntie Em and a Kansas twister that sets a young girl off on a great adventure in which she finds herself as she walks along the Yellow Brick Road in search of the Wizard.

Simone Gundy, who'll be playing Addaperle, in the Theatre Under the Stars new production of *The Wiz*, the Tony-award winning offshoot of Frank Baum's The Wonderful Wizard of Oz, admits she wasn't wild about how the 1978 movie turned out, despite the lead roles played by Diana Ross and Michael Jackson.

"I didn't really come around to *The Wiz* until I saw the stage production which I think is a lot better," she says. The stage production, she says, achieves what the music tried to do "which was to have a cultural piece that we could identify with as people of color in contrast to The Wizard of Oz."



Gundy, last seen here as Felicia in *Memphis*, says she welcomed the chance to do a lighter role. Addaperle's magic doesn't always work — which makes the
Munchkins (played by

The two-act is a short two hours, she says. "The Wiz has definitely lent itself to its success. It's a great show. It's message is to believe in yourself. Any show that has that type of uplifting theme is going to succeed.".

*Performances are scheduled for October 24 through November 4 at 7:30 p.m. Tuesdays through Thursdays and Sundays, 8 p.m. Fridays and Saturdays and 2 p.m. Saturdays and Sundays at the Hobby Center, 800 Bagby. For information call 713-558-8887 or visit tuts.com. $30-$104.50.*



**Margaret Downing** is the editor-in-chief who oversees the *Houston Press* newsroom and its online publication. She frequently writes on a wide range of subjects.
**CONTACT:** Margaret Downing

**ƆMMENDED FOR YOU**

*Powered by SailThru*

'S Eases on Down the Road
h a New Production of *The*
*ʔ*

Ʒeer or Laughter the Best
dicine? Try Both, Says Dr.
ʼa Lepeley

et Master of Horror Mick
rris At *Horrorthon 4* This
ʼiday

ʼciful *Twelfth Night* Prances
ʼoss the Alley Stage



HOME  NEWS ⌄  COLUMNISTS  VIDEO  CONTACT US  DONATE

COLUMNISTS

# Petition to the Houston City Council – Stop Drag Queen Storytime at The Houston Public Libraries

featured1  July 20, 2018

**Houston Public Library - Stop This Perverted Program**



years of age?

This program has been developed by the **LGBTQ** political movement with the intention of indoctrinating children into their perverted lifestyle. The drag queen said that he wanted to "break the stigma of drag and queer culture with kids."

The purpose is, of course, to normalize this perverted behavior, so that these children can be more easily recruited into the **LGBTQ** lifestyle.

Exposing children to this bizarre sexual behavior is a form of pedophilia.

Please sign the online petition today, www.campaignforhouston.com.

Then, call your Houston City Council members and tell them to eliminate the **Drag Queen Storytime** program at the Houston Public Libraries.

**District A – Brenda Stardig – 832.393.3010**
**District B – Jerry Davis – 832.393.3009**
**District C – Ellen Cohen – 832.393.3004**
**District D – Dwight Boykin – 832.393.3001**
**District E – Dave Martin – 832.393.3008**
**District F – Steve Le – 832.393.3002**
**District G – Greg Travis – 832.393.3007**
**District H – Karla Cisneros – 832.393.3003**
**District I – Robert Gallegos – 832.393.3011**
**District J – Mike Laster – 832.393.3015**
**District K – Martha Castex-Tatum – 832.393.3016**
**At Large 1 – Mike Knox – 832.393.3014**
**At Large 2 – David Robinson – 832.393.3013**
**At Large 3 – Michael Kubosh – 832.393.3005**
**At Large 4 – Amanda Edwards – 832.393.3012**
**At Large 5 – Jack Christie – 832.393.3017**

Thank you for having the courage of your convictions to stand for Biblical moral values.

Committed to our success in this effort, I remain, as always,

Sincerely yours,
*Steven F. Hotze, M.D.*



**COLUMNISTS** /

# The Way, The Truth and The Life Section: God's Everlasting Promise



**COLUMNISTS** /

## Christians Are Standing Up And Making A Difference



**COLUMNISTS** /

## Parents Raising "Theybies" – Letting Kids Decide Gender

❮ **The Way, The Truth and The Life Section: God's Everlasting Promise**

## LEAVE A REPLY

Your email address will not be published. Required fields are marked *

COMMENT

NAME *

EMAIL *

# ALA Policy Manual

The ALA Policy Manual includes brief statements of policies adopted by the ALA Council. The full text of pertinent position statements, policies, and procedures is retained in the " Policy Reference File (/aboutala/governance/policymanual/prf)" (formerly known as "Current Reference File") at ALA Headquarters. Outdated policies will be retained in an historical file at the ALA Headquarters. Both of these files will be available at the ALA Headquarters, online and at the Midwinter and Annual meetings.

Where ALA has made a position statement applicable to the operation of libraries, ALA accepts that statement for its own relevant operations.

## Online Policy Manual: Table of Contents (/aboutala/governance/policymanual/updatedpolicymanual/tableof contents)

Printable version of the ALA Policy Manual

- Section A: Organization and Operational Policies (/aboutala/sites/ala.org.aboutala/files/content/governance/policymanual/ updatedpolicymanual/ocrpdfofprm/cd_10_1_Section%20A%20New%20 Policy%20Manual-1%20%28final%2011-17- 2017%29%20with%20TOC%29.pdf) (pdf - 52 pages, 706 KB)
- Section B: Positions and Public Policy Statements (/aboutala/sites/ala.org.aboutala/files/content/governance/policymanual/c d_10_2_Section%20B%20New%20Policy%20Manual- 1%20%28final%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%20with%20TOC%29_0.pdf) (pdf - 51 pages, 982 KB)

**(/learn-explore/library-events)** |
╱ Account
tps://halan.sdp.sirsi.net/client/hou/search/patronlogin/https:$002f$002fhalan.sdp.sirsi.net$002fclient$002fhou$(
k (/learn-explore/ask) | Locations & Hours (/find-it/find-library-location)



**Houston Public Library**

Linking YOU to The World

**(/)**

Search Our Catalog

Search Our Website

find books, ebooks, videos & more

Home (/) > FIND IT > Meeting and Rental Spaces (/find-it/premier-rental-spaces)
> Clayton Library Center for Genealogical Research Spaces (/find-it/premier-rental-spaces/clayton-ce
> Clayton Library Meeting Room Guidelines

.dd This (https://www.addtoany.com/share#url=http%3A%2F%2Fhoustonlibrary.org%2Ffind
:es%2Fclayton-library-center-genealogical-research-
:es%2Fclayton&title=Clayton%20Library%20Meeting%20Room%20Guidelines%20%7C%20(

# Clayton Library Meeting Room Guidelines

### Clayton Library Center for Genealogical Research Meeting Room Guidelines

The meeting rooms in the Houston Public Library (HPL) Clayton Library Center for Genealo
are available at no charge for use by community groups for informational, educational or cul
when not needed for Library purposes. Use of the meeting room does not constitute Library
viewpoints, beliefs, ideas or policies expressed by organizations or individuals using the spa

Meetings must be free and open to the general public. Library staff retains the right to atten
scheduled at the Library to ensure compliance of the room usage.

**Eligible groups include:**

- groups or organizations affiliated with the Library or the City of Houston;

- The Carriage House meeting room must be vacated 30 minutes before the closing time of
- Meeting Rooms may be reserved up to 90 days in advance with no more than six (6) applic
  within a 90-day period.
- Each meeting requires a separate Meeting Room Request form.
- The Library reserves the right to change or cancel reservations if a building or weather-re
  special Library program or need intervenes.
- Groups have the right to cancel a scheduled meeting but must notify the Library as soon a
  cancel (preferably at least 72 hours in advance).

## Serving Refreshments

- Groups using the meeting rooms may provide their own light refreshments (single-servin
  as cookies, crackers, chips, etc.) and drinks in covered containers without incurring a fee.
- Fees apply if groups wish to serve other food including, but not limited to, carry-out or del
  meals, or other prepared food.
- Food service requiring any on-site preparation is prohibited.
- When food is served, groups must provide their own cups, napkins, plates, etc. and remov
  the close of the meeting.

## Group Expectations

- All groups must comply with Library Rules. (http://houstonlibrary.org/library-rules-policie
- Adult supervision is required for any event attended by individuals under the age of 18.
- The Library may withhold use of the meeting room from any group or organization due to
  of the Library's facilities.
- All Fire Regulations must be followed including room capacity and clear aisles, exits, and c
  other open-flame devices (lighters, matches, torches, etc.) are prohibited.

## Publicity

- A copy of all publicity must be submitted to the Library Manager or designee for approval
  distribution.
- Publicity must include the following statements:
  - "This program is not sponsored or endorsed by the Houston Public Library."
  - "If you have a special physical or communications need that may impact your participat
    contact (name) at (phone number), (email) at least 72 hours prior to the event to discus
    ensure the availability of accommodations without prior notification of need."
- If someone needs special accommodations, the group is responsible for providing the acc

MY Link (/find-it/my-link)

Library Card FAQs (/find-it/library-card-faqs)

Download Our Mobile App (/find-it/download-our-mobile-app)

E-Books & More (/find-it/e-books-more)

Readers' Link (/find-it/readers-link)

Fines & Fee Schedule (/find-it/fines-fee-schedule)

Meeting and Rental Spaces (/find-it/premier-rental-spaces)

    Julia Ideson Building Spaces (/find-it/premier-rental-spaces/julia-ideson-building-spa

    Clayton Library Center for Genealogical Research Spaces (/find-it/premier-rental-spa
    geneological-research-spaces)

    Clayton Library Meeting Room Guidelines (/find-it/meeting-and-rental-spaces/clayto
    geneological-research-spaces/clayton)

    The African American Library at the Gregory School Spaces (/find-it/premier-rental-s
    library-gregory-school-spaces)

    Central Library Spaces (/find-it/premier-rental-spaces/central-library-spaces)

    Neighborhood Library Spaces (/find-it/premier-rental-spaces/neighborhood-library-s

Notary Services (/find-it/notary-services)

Accessible Services (/find-it/accessible-services)

Available Technology (/find-it/available-technology)

Library Rules (/library-rules-policies)

New Technology @ HPL (/find-it/new-technology-hpl)

Tax Resources (/find-it/tax-resources)

**Clayton Library Center for Genealogical Research**

- About us (http://houstonlibrary.org/research/special-collections/clayton-library-center-g clayton-library)

**Research**

- Genealogy Forms (https://www.familysearch.org/wiki/en/Genealogy_Research_Forms)
- Genealogy Resources (http://houstonlibrary.org/research/resources-by-category/234)
- Newspaper Resources (http://houstonlibrary.org/research/resources-by-category/249)
- Interlibrary Loan (http://houstonlibrary.org/research/interlibrary-loans)

Houston Public Library

500 McKinney Street
Houston, Texas 77002

# About ALA

The American Library Association (ALA) is the oldest and large
association in the world.

Founded on October 6, 1876 during the Centennial Exposition
the mission of ALA is "to provide leadership for the developme
improvement of library and information services and the profes
librarianship in order to enhance learning and ensure access tc
all."

## ALA's Core values, key action areas and strat directions

On June 28, 2015, the ALA Council adopted a new Strategic P
(/aboutala/sites/ala.org.aboutala/files/content/governance/Strat
c%20Directions%202017_Update.pdf)and the Association's ne
directions for the next three to five years. Building on the Coun
Action Areas, three strategic initiatives have been identified as
focus for the Association. At the 2017 Midwinter Meeting, ALA
a fourth direction on Equity, Diversity, and Inclusion
(http://www.ala.org/aboutala/sites/ala.org.aboutala/files/conten
ncil/council_documents/2017_mw_council_documents/cd_35_
n_--_Equity_Diversity_and_Inclusion_cover_0.pdf). The four st
are:

- Advocacy
- Information Policy
- Professional & Leadership Development.
- Equity, Diversity & Inclusion

In pursuing our mission, the Association's **core value** stateme
deepest aspirations and how we approach our work together. T

- Extending and expanding library services in America a
  world
- All types of libraries - academic, public, school and spe
- All librarians, library staff, trustees and other individuals
  working to improve library services
- Member service
- An open, inclusive, and collaborative environment
- Ethics, professionalism and integrity
- Excellence and innovation
- Intellectual freedom
- Social responsibility and the public good

For more information on the ALA Strategic Directions and Key
the Strategic Plan (2017 Update)
(/aboutala/sites/ala.org.aboutala/files/content/governance/Strat
c%20Directions%202017_Update.pdf).  For more information o
planning at ALA and the detailed Advocacy, Information Policy
and Leadership Development implementation plans, see ALA S
(http://www.ala.org/aboutala/strategicplan).

## Governance

ALA's activities are shaped and guided by a series of governing
Association's first official document was the Charter of 1879
(http://www.ala.org/aboutala/history/charter-1879-revised-1942
revised in 1942. ALA's Constitution and Bylaws
(http://www.ala.org/aboutala/governance/constitution) are appr
Council and voted by the membership. The ALA Council also a
Association's Policies (http://www.ala.org/aboutala/governance

ALA Council (http://www.ala.org/aboutala/governance/council)
body of ALA. Council determines all policies of the Association
are binding unless set aside by a majority vote by mail in which
members of the Association have voted.

ALA Executive Board (http://www.ala.org/aboutala/governance
Council in the administration of established policies and progra
body that manages within this context the affairs of the Associa
management of day-to-day operation to the Association's exec
Executive Board makes recommendations with respect to polic

ALA president is to be the Association's chief spokesperson ar
with the ALA's Executive Director in identifying and promoting I
nationwide and internationally. The ALA President is recognize
Association's leader by its members.

# ALA Policy Manual

The ALA Policy Manual includes brief statements of policies ad
Council. The full text of pertinent position statements, policies,
retained in the " Policy Reference File (/aboutala/governance/p
(formerly known as "Current Reference File") at ALA Headquar
policies will be retained in an historical file at the ALA Headqua
these files will be available at the ALA Headquarters, online an
and Annual meetings.

Where ALA has made a position statement applicable to the op
libraries, ALA accepts that statement for its own relevant opera

## Online Policy Manual: Table of Contents (/aboutala/governance/policymanual/updatedpolicy contents)

Printable version of the ALA Policy Manual

- Section A: Organization and Operational Policies
  (/aboutala/sites/ala.org.aboutala/files/content/governan
  updatedpolicymanual/ocrpdfofprm/cd_10_1_Section%:
  Policy%20Manual-1%20%28final%2011-17-
  2017%29%20with%20TOC%29.pdf) (pdf - 52 pages, 7
- Section B: Positions and Public Policy Statements
  (/aboutala/sites/ala.org.aboutala/files/content/governan
  d_10_2_Section%20B%20New%20Policy%20Manual-
  1%20%28final%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%20with%20TOC%29_0.
  pages, 982 KB)