IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TEX CHRISTOPHER, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-18-3943 |
| | § | |
| RHEA LAWSON, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On October 19, 2018, Tex Christopher, Tracy Shannon, Calvin Miller, and Mark Sevier sued Rhea Lawson and Sylvester Turner, alleging that Drag Queen Storytime at the Freed-Montrose Library violates the Establishment Clause of the United States Constitution. (Docket Entry No. 1). On October 23, 2018, the plaintiffs applied for a temporary restraining order to enjoin the event. (Docket Entry No. 3). There is no basis to support the requested relief. The application is denied.

SIGNED on October 24, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge