

OCT 25 2018

David J. Bradley, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| TEX CHRISTOPHER, in his capacity as a community leader, TRACY SHANNON, Mass Resistance Houston Division, PASTOR CALVIN MILLER, founder of 1 Team 1 Fight Ministries, LT MARK CHRISTOPHER SEVIER, De Facto Attorney Generals and Special Forces Of Liberty,<br><br>V.<br><br>RHEA LAWSON, Ph.D., Executive Director Of The Houston Public Library, SYLVESTER TURNER, in his official capacity as Mayor of Houston *Defendants* | | Case No: 4:18-cv-03943<br><br>Before Honorable Chief Judge Rothenthal |

## EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY AND PERMANENT INJUNCTION BY PASTOR CALVIN JOINED BY PLAINTIFF SEVIER AGAINST THE PUBLIC LIBRARY FROM SPONSORING, HOSTING, AUTHORIZING, PROMOTING, AND ENDORSING THE DRAG QUEEN STORY HOUR

### ORAL ARGUMENT REQUESTED

*"A judge's legal decision-making process should be governed by the facts and the law, not empathy or personal conviction"* — Judge Summerhays April 18, 2018 confirmation

"Silence in the face of evil is itself evil: God will not hold us guiltless. Not to speak is to speak. Not to act is to act." — Dietrich Bonhoeffer

*If there is no God, there is nowhere to locate the authority to give a moral absolute. But no one lives as through there is no right and wrong. They may say they do, but they cry for justice when they or a love one is "wronged."*
— Tim Keller

https://www.theblaze.com/news/2018/10/22/christ-followers-file-lawsuit-against-texas-library-for-hosting-drag-queen-storytime-for-kids

https://conservativefiringline.com/houston-library-sued-for-proselytizing-secular-humanism-to-minors-through-a-drag-queen-story-hour/

http://www.losangelesblade.com/2018/10/22/anti-gay-group-sues-texas-library-for-drag-queen-story-hour/

https://www.wnd.com/2018/10/sued-drag-queen-story-hour/

https://www.newsweek.com/houston-public-library-sued-anti-gay-group-over-drag-queen-storytime-events-1181627

https://thehill.com/blogs/blog-briefing-room/news/412456-group-sues-houston-public-library-over-drag-queen-story-hour

NOW COMES Plaintiff Pastor Calvin of 1 Team 1 Fight Ministries, joined by Plaintiff Chris Sevier Esq., former Judge Advocate General, moving for a temporary, preliminary and permanent injunction against the Public Library under Fed. R. Civ. P. 65 and for declaratory relief under Fed. R. Civ. P. 57. A memorandum of law is attached. On October 24, 2018, Judge Rosenthal floated an order denying two prior watertight motions for temporary restraining order. Judge Rosenthal's order had no basis whatsoever and was republished by the National media at the total and complete disgrace of the Southern District of Texas. Plaintiff Sevier has reported that willful abuse to oversight for good cause shown. Pastor Calvin, joined by Plaintiff Sevier, file a modified motion for a restraining order to stop the event on October 27, 2018. The Plaintiffs all but dare Judge Rosenthal to deny the motion without an explanation again. If that occurs the Plaintiffs will lean on the Senate to remove her from the bench for cause for good for a lack of character and fitness and immoral dereliction of duty. Who is making the argument is not as important as what is being argued.

/s/Chris Sevier Esq./
DE FACTO ATTORNEY GENERALS
SPECIAL FORCES OF LIBERTY
ghostwarsmusic@gmail.com
BPR# 026577
1720 Bissonnet, Houston,
Texas 77005
(615) 500-4411
Bravo Three Zero

/s/Pastor Calvin Miller/
1720 Bissonnet,
Houston, Texas 77005
(832) 233-8879
1team1fightministries@gmail.com
(To be represented by Jason Rowe Esq.)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document and attached exhibits were mailed with adequate postage to the Defendants in this actions on October 22, 2018 to Mayor Sylvester Turner City of Houston P.O. Box 1562 Houston, TX 77251;; Defendant Lawson, 500 McKinney Street Houston, Texas 77002 (832) 393-1313

/s/Chris Sevier Esq./